UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **JOHN DOE** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 8:18-cv-02941-GJH |
| ) | |
| **UNITED THERAPEUTICS ET AL** ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of Andrew Nyombi, Esq. on behalf of Plaintiff John Doe in the above-captioned case.

Respectfully submitted,

/s/ Andrew Nyombi
Andrew Nyombi (Bar No. MD0010)
KNA PEARL
8701 Georgia Avenue, Suite 606
Silver Spring, MD 20910
Telephone: (301) 585-1379
Facsimile:   (800) 250-7923
Email: anyombi@knapearl.com
*Counsel for Plaintiff Lay*

Dated:  September 24, 2018