**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOHN DOE,                      ) | |
|                          ) | |
|        Plaintiff,          ) | |
|                          ) | Case No.  8:18-cv-2941-GJH |
|     v.                        ) | |
|                          ) | |
| UNITED THERAPEUTICS CORPORATION, *et al.*   ) | |
|                          ) | |
|        Defendants.        ) | |
|                          ) | |

## <u>NOTICE OF APPEARANCE</u>

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that I, Christine Costantino, hereby enter my appearance as counsel in this matter for Defendants United Therapeutics Corporation, Martine Rothblatt, Jenesis Rothblatt, Shola Oyewole, and Robert Daye.  I certify that I am admitted to practice in this Court. Eric Janson shall remain lead attorney for all Defendants.

Dated:   December 31, 2018              Respectfully submitted,

                                           SEYFARTH SHAW LLP

                                           */s/  Christine M. Costantino*
                                           Christine M. Costantino  #28582
                                           SEYFARTH SHAW LLP
                                           975 F Street, NW
                                           Washington, D.C. 20004
                                           (202) 463-2400 (telephone)
                                           (202) 828-5393 (facsimile)

                                           *Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Notice of Appearance was served

electronically with the Court via ECF this 31st day of December, upon:

Andrew Nyombi
KNA PEARL
8701 Georgia Avenue
Suite 606
Silver Spring, MD 20910

Onyebuchim Aduire Chinwah
The Chinwah Firm LLC
8403 Colesville Road
Suite 1100
Silver Spring, MD 20910

Ikechukwu K Emejuru
Emejuru Law LLC
8403 Colesville Road
Suite 1100
Silver Spring, MD 20910

*/s/  Christine M. Costantino*

53669525v.2