**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| MARK EKE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED THERAPEUTICS, et al.,<br><br>    Defendants. | Civil Action No. PX -18-2941 |

**AMENDED SCHEDULING ORDER**

    For the reasons discussed during the October 10, 2019 status conference, the Court finds bifurcation of discovery warranted to address first Defendants' affirmative defense of release of claims as well as the Plaintiff's contention that such release was granted under duress. The Scheduling Order in this case is thus amended as follows:

1.    The parties will engage in the first phase of discovery concerning the above-described issue only between now and **January 15, 2020**.

2.    During this phase of discovery, each side shall be permitted to propound no more than **ten** interrogatories, **ten** requests for production and **ten** requests for admission. Each side shall be granted **three depositions** to last no more than four hours per deposition.[1]

3.    Dispositive motions will be due **February 10, 2020,** and will address **only** whether Plaintiff knowingly and voluntarily released his claims as memorialized in the parties' separation agreement. Should the Court deny summary judgment, the Court will schedule a second status conference to set discovery deadlines for the remainder of the case.

So ORDERED.

Dated: October 29, 2019                                           /S/
                                                                                      Paula Xinis
                                                                                      United States District Judge

---

[1] Given the narrow scope of the inquiry, and based on Defendants' proffered discovery needed, the Defendants are treated as one "side" and thus are granted three depositions, ten interrogatories, ten requests for production and ten requests for admissions <u>total</u>.