AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| Mark Eke | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 8:18-cv-02941 |
| United Therapeutics, et al. | ) |
| | ) |
| *Defendant* | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: AT&T Global Legal Demand Center, 11760 US Highway 1, North Palm Beach, FL 33408

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached subpoena rider.

| Place: Seyfarth Shaw LLP, 975 F Street, NW, Washington, DC 20171; ejanson@seyfarth.com; FAX: 202-641-9232 | Date and Time: 12/16/2019 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/10/2019

*CLERK OF COURT* OR

_____    _____
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
United Therapeutics and Shola Oyewole _____, who issues or requests this subpoena, are:
Eric Janson, Seyfarth Shaw LLP, 975 F Street, NW, Washington, DC 20004; ejanson@seyfarth.com; 202-828-3532

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT A

# RIDER TO SUBPOENA TO AT&T WIRELESS

## Definitions

1. The terms "You" and "Your" means AT&T Wireless, its officers, employees, agents, and any individuals or entities acting at their direction or under their control.

2. The term "Communications" means every manner or means of disclosure, transfer or exchange, including but not limited to all inquiries, discussions, conversations, e-mail, letters, notes, memoranda, telegrams, advertisements, texts, or other forms of verbal exchange, whether oral, written, or digital, or any summaries, paraphrases or other records of any of the foregoing.

3. The term "Documents" shall have the broadest meaning ascribed to them, including but not limited to: all forms of electronically stored information and corresponding metadata, handwritten notes, memoranda, drafts and annotated memoranda, e-mail, "deleted" e-mail, texts, text messages, facsimile transmissions and cover sheets, attachments and enclosures, Communications, and all other means of recording and storing data (any such things, for example audio/video tapes, compact disks or computer disks, to be produced along with printed versions of their contents).

4. Whenever appropriate, the singular form of a word should be interpreted in the plural and vice versa. All words and phrases shall be construed as masculine, feminine, or gender neutral, according to the context. "And" as well as "or" shall be construed disjunctively or conjunctively as necessary to bring within the scope of this request any information which might otherwise be construed to be outside the scope.

5. This request seeks Documents in Your possession, custody or control and in existence between January 1, 2017 to Present.

## DOCUMENTS REQUESTED

1. All Documents identifying incoming and outgoing calls and text messages for phone number ███-5700 for the time period from January 1, 2017 to February 28, 2017.

2. All Documents identifying incoming and outgoing calls and text messages for phone number 202-257-9552 for the time period from January 1, 2017 to February 28, 2017.

3. All Documents identifying incoming and outgoing calls and text messages for phone number 443-802-7653 for the time period from January 1, 2017 to February 28, 2017.

46664743v.1