# EXHIBIT C

# Quinn, Erica M

| | |
|---|---|
| **From:** | Janson, Eric J. |
| **Sent:** | Monday, December 9, 2019 4:57 PM |
| **To:** | Ike Emejuru |
| **Cc:** | |
| **Subject:** | RE: Eke v. United Therapeutics et al - Discovery Meet and Confer |

Thank you -- with regard to the other discovery concerns we discussed, this is to confirm my understanding of your client's position:

Interrogatory Nos. 1-2 -- Your client maintains this his answers are sufficient and will not provide any further information regarding the unspecified number of "phone calls or "in person conversations" he had with Ike Eke, Ife Eke, or Mikia Clemmons regarding his decision to execute the separation agreement, the alleged duress that led to his execution of same, and/or the alleged threats from Shola Oyewole -- including whether any of these individuals have any first-hand knowledge of same.

RFP 2-5

(a)  You have represented that your client has performed an exhaustive search for all emails, texts and/or electronic communications he had with Ike Eke, Ife Eke and/or Mikia Clemmons from January and February 2017 and has no such communications are in his custody or control.

(b)  You have represented that your client has performed an exhaustive search for all emails, texts and/or electronic communications he had with Shola Oyewole, Jenesis Rothblatt, Martine Rothblatt, and/or Robert Daye from January and February 2017 and no such communications are in his custody or control.

(c)  You will confirm with your client by tomorrow whether he has visited an AT&T wireless store and/or called AT&T directly at 800-331-0500 to obtain a copy of his phone record(s)/bill(s) from January 2017, and if applicable, that he was unable to obtain this record.

Regards,

_____


Eric J. Janson | Partner
Washington, DC | Ext: 793532 (+1-202-828-3532)
ejanson@seyfarth.com


-----Original Message-----
From: Ike Emejuru <iemejuru@emejurulaw.com>
Sent: Monday, December 09, 2019 4:42 PM
To: Janson, Eric J. <EJanson@seyfarth.com>
Cc:
Subject: Re: Eke v. United Therapeutics et al - Discovery Meet and Confer

[EXT. Sender]

Eric:

Following up. Ike Eke's address is as follows:

4545 Center Blvd, Unit 1801, Long Island City, NY 11109.

Best,

Ike

---
Ikechukwu Emejuru   |  Emejuru Law LLC
8403 Colesville Road, Suite 1100
Silver Spring, MD 20910  |  Tel: 240 638 2786
Fax: 1800 250 7923  |   Email: iemejuru@emejurulaw.com
https://urldefense.proofpoint.com/v2/url?u=http-3A__www.emejurulaw.com&d=DwIDaQ&c=fMwtGtbwbi-K_84JbrNh2g&r=bQn-qeG6-_rEDbpVoYf6f49a88xcjOOJsvzpd-JE4AM&m=PUoQNcE8Evu3j__crAB19sZMmKdIjp34XxzYOHsh1ro&s=5A9BQ8dYbYMGn5WPpvx8xslu0UBS_27ryjWEqLu8At0&e=

This email may contain confidential and privileged material for the sole
use of the intended recipient(s).  Any review, use, distribution or
disclosure by others is strictly prohibited.  If you are not the
intended recipient (or authorized to receive for the recipient), please
contact the sender by reply email and delete all copies of this message.

On 2019-12-09 12:49 pm, Ike Emejuru wrote:
> Eric:
>
> Thanks. 4 pm is fine with me. You can call me at my office at
> 240-638-2786. Or you can provide me with a number to reach you.
>
> 1. I was only able to speak to my client sparingly over the weekend
> and since you gave me a deadline by today, I sent what information I
> had, not knowing whether I would be able to secure his brothers
> address in time. I am making attempts to secure the "current" out of
> state address. Hope to get it by end of today without any delay.
> Otherwise, we stand by the interrogatory responses as he has provided
> the requisite information under the federal rules.
>
> 2. Again, we stand by the responses. Please note that my client has
> done his due diligence and cannot manufacture incoming and outgoing
> phone records taking place almost three years ago (as you noted the
> records really only span back to two years). But since those calls/and
> or text messages were in fact placed to your clients, wouldn't your
> clients have these records?
>
> Finally, we may have to take up our issues with the judge anyway since
> we have outstanding discovery concerns. Your client refuses to simply
> provide us any basis for "why" Eke was given a separation agreement in
> the first place. I find this to be highly unusual.
>
> Best Regards,
>
> Ike
>

2

\>
\> ---
\> Ikechukwu Emejuru   |  Emejuru Law LLC
\> 8403 Colesville Road, Suite 1100
\> Silver Spring, MD 20910  |  Tel: 240 638 2786
\> Fax: 1800 250 7923  |   Email: iemejuru@emejurulaw.com
\> https://urldefense.proofpoint.com/v2/url?u=http-3A__www.emejurulaw.com&d=DwIDaQ&c=fMwtGtbwbi-K_84JbrNh2g&r=bQn-qeG6-_rEDbpVoYf6f49a88xcjOOJsvzpd-JE4AM&m=PUoQNcE8Evu3j__crAB19sZMmKdIjp34XxzYOHsh1ro&s=5A9BQ8dYbYMGn5WPpvx8xslu0UBS_27ryjWEqLu8At0&e=
\>
\> This email may contain confidential and privileged material for the
\> sole use of the intended recipient(s).  Any review, use, distribution
\> or disclosure by others is strictly prohibited.  If you are not the
\> intended recipient (or authorized to receive for the recipient),
\> please contact the sender by reply email and delete all copies of this
\> message.
\>
\> On 2019-12-09 12:20 pm, Janson, Eric J. wrote:
\>> Ike,
\>>
\>> I am available anytime today -- so please call me at your convenience.
\>>  However, generally speaking, our most serious concerns are the
\>> following:
\>>
\>> Rogs 1 and 2 -- Primarily, we need to know if either of the
\>> individuals have any first-hand knowledge of the relevant events or
\>> simply what Eke told them about his communications in January 2017
\>> with others at UT and the last known addresses (per Instruction D of
\>> our Interrogatories) for both so they may be deposed.  Indeed, I find
\>> it unusual that Mr. Eke cannot secure a home address for his own
\>> brother.
\>>
\>> RFP 2-5 -- Our continued concerns are detailed in our December 9, 2019
\>> letter and include: (1) Mr. Eke's failure to produce any emails,
\>> texts, or other communication with Ife Ele, Ike Ele, and/or Mikia
\>> Clemmons from January or February 2017 (or confirmation that he has
\>> searched for and cannot local any emails/texts/electronic
\>> communications with any of these individuals in January or February
\>> 2017; (2) Mr. Eke's failure to provide any telephone records/bills
\>> from January 2017 --- which among things would substantiate his
\>> allegations in the Complaint that he had "multiple" telephone
\>> communications with Shola and others with him during this period of
\>> time: (3) Mr. Eke's failure to produce any emails, texts, or other
\>> communications with Shola Oyewole, Jenesis Rothblatt, Martine
\>> Rothblatt, and/or Robert Daye from January or February 2017 (despite
\>> Defendant's production of documents reflecting that certain
\>> emails/texts did in fact occur and were not previously produced by Mr.
\>> Eke).  Indeed, with respect with (1) and (3), if any such
\>> emails/texts/electronic communications have been deleted, Eke has
\>> failed to provide any explanation for when this occurred and under
\>> what circumstances.
\>>
\>> If you are not willing to discuss these matters telephonically or
\>> simply wish to stand by your previous responses, please let me know so
\>> we can notify Judge Xinis that the parties have reached impasse.

3

```
>>
>> _____
>>
>> Eric J. Janson | Partner | Seyfarth Shaw LLP
>> 975 F Street, N.W. | Washington, DC 20004
>> Direct: +1-202-828-3532 | Fax: +1-202-463-2400
>> ejanson@seyfarth.com | http://www.seyfarth.com
>>  [1]
>>
>> ------------------------
>>  The information contained in this transmission is attorney privileged
>> and/or confidential information intended for the use of the individual
>> or entity named above.  If the reader of this message is not the
>> intended recipient, you are hereby notified that any use,
>> dissemination, distribution or copying of this communication is
>> strictly prohibited.
>>
>> ------------------------
>>
>> -----Original Message-----
>> From: Ike Emejuru <iemejuru@emejurulaw.com>
>> Sent: Monday, December 09, 2019 11:55 AM
>> To: Janson, Eric J. <EJanson@seyfarth.com>
>> ███████████████████████████████████████
>> ███████████████████████████████████████
>> Subject: Re: Eke v. United Therapeutics et al - Discovery Responses
>>
>> [EXT. Sender]
>>
>> Eric:
>>
>> Understanding that we have our own discovery concerns, what are the
>>
>> outstanding issues that we haven't already addressed? I am only
>>
>> available after 3 pm on those days. I have a hearing in dc today and
>>
>> deposition tomorrow. I suppose I could discuss during the lunch break.
>>
>>
>> Ike
>>
>> ---
>>
>> Ikechukwu Emejuru   |  Emejuru Law LLC
>>
>> 8403 Colesville Road, Suite 1100
>>
>> Silver Spring, MD 20910  |  Tel: 240 638 2786
>>
>> Fax: 1800 250 7923  |   Email: iemejuru@emejurulaw.com
>>
>> https://urldefense.proofpoint.com/v2/url?u=http-3A__www.emejurulaw.com&d=DwIDaQ&c=fMwtGtbwbi-K_84JbrNh2g&r=bQn-qeG6-_rEDbpVoYf6f49a88xcjOOJsvzpd-
```

4

JE4AM&m=j8wQMOFq8zN2qFnWXdC9O3LDkdfquktvEriBZJAUF-w&s=FCJZDgqqpw4lU9-izLYXlEyGNVAAjmqG6kyH__burmY&e
>> [2]=
>>
>> This email may contain confidential and privileged material for the
>> sole
>>
>> use of the intended recipient(s).  Any review, use, distribution or
>>
>> disclosure by others is strictly prohibited.  If you are not the
>>
>> intended recipient (or authorized to receive for the recipient),
>> please
>>
>> contact the sender by reply email and delete all copies of this
>> message.
>>
>> On 2019-12-09 9:13 am, Janson, Eric J. wrote:
>>
>>> Ike,
>>
>>>
>>
>>> Pursuant to Local Rule 104.7, Defendant is requesting a telephone
>>
>>> conference to discuss our outstanding concerns regarding Plaintiff's
>>
>>
>>> discovery responses.  Given our scheduled deposition of Plaintiff
>> next
>>
>>> Tuesday, I will can make myself available anytime today or tomorrow
>>
>>> (before 3pm) so we can try to resolve these issues before reaching
>> out
>>
>>> to Judge Xinis for further assistance.  Please advise ASAP when you
>>
>>> are available for this call.
>>
>>>
>>
>>> Regards,
>>
>>>
>>
>>> _____
>>
>>>
>>
>>> Eric J. Janson | Partner | Seyfarth Shaw LLP
>>
>>> 975 F Street, N.W. | Washington, DC 20004
>>
>>> Direct: +1-202-828-3532 | Fax: +1-202-463-2400
>>

5