**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

MARK EKE,

    Plaintiff,

v.                                                  Civil Action No. PX -18-2941

UNITED THERAPEUTICS., et al.,

    Defendant.

**AMENDED SCHEDULING ORDER**

The Court has received the parties' proposed scheduling order at ECF No. 76 and has reviewed the parties' areas of agreement and disagreement. The Scheduling Order in this case shall be amended as follows:

| Date | Event |
|---|---|
| May 24, 2021 | Initial Rule 26 Disclosures exchanged |
| July 1, 2021 | Motions to amend the pleadings or for joinder of additional parties. |
| August 20, 2021 | Plaintiff's Rule 26(a)(2) expert disclosures |
| September 20, 2021 | Defendant's Rule 26(a)(2) expert disclosures |
| September 27, 2021 | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures |
| October 4, 2021 | Rule 26(e)(2) supplementation of disclosures and responses |
| October 19, 2021 | Completion of Discovery; submission of Post-Discovery Joint Status Report. |
| October 19, 2021 | Requests for Admission |
| November 22, 2021 | Dispositive Pretrial Motions - the Court **adopts the proposed briefing schedule at ECF No. 76** |

The Court will not amend the standard number of interrogatories, requests for production of documents or depositions for either Plaintiff or Defendants. However, both parties are cautioned to propound discovery that is "relevant and proportional to the needs of the case." *See* Fed. R. Civ. Proc. 26(b)(1).

Dated: March 15, 2021                                     /S/

                                                     Paula Xinis
                                                    United States District Judge