IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARK EKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED THERAPEUTICS, *et al.*, | )     Civil Action No. 1:18-cv-2941 ) ) |
| Defendants. | ) ) |

**DEFENDANT UNITED THERAPEUTICS CORPORATION'S MOTION FOR LEAVE TO AMEND ANSWER TO AMENDED COMPLAINT TO ASSERT COUNTERCLAIMS AGAINST PLAINTIFF**

Defendant, United Therapeutics Corporation ("UT"), by and through undersigned counsel and pursuant to the Court's March 15, 2021 Amended Scheduling Order, Rule 13 and 15 of the Federal Rules of Civil Procedure and Local Rule 103.6, respectfully move this Court for leave to amend its Answer to the Amended Complaint to add certain Counterclaims against Plaintiff.

As explained fully in the accompanying memorandum of points and authorities, the Fourth Circuit liberally permits amendment of pleadings in keeping with the spirit of Federal Rule of Civil Procedure 15(a) and "leave shall be freely given when justice so requires." Likewise, because Plaintiff cannot demonstrate that the proposed amendment would be prejudicial, there has been bad faith on the part of the Defendant or the amendment would be futile, the Court should grant Defendant's leave to amend and allow these Counterclaims to proceed.  Pursuant to Local Rule 103.6(d), Defendant contacted Plaintiff who does not consent to the instant motion.

Date:  June 15, 2021  Respectfully Submitted,

/s/ Eric J. Janson
Eric J. Janson, Esq.
ejanson@seyfarth.com
Christine M. Costantino
ccostantino@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, NW
Washington, D.C. 20004
(202) 463-2400 (telephone)
(202) 641-9232 (facsimile)

*Counsel for Defendant UT*