# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARK EKE,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED THERAPEUTICS, *et al.*,<br><br>         Defendants. | Civil Action No. 8:18-cv-02941 |

### ORDER

In consideration of Defendant United Therapeutic Corporation's Motion for Leave to Amend Answer to Amended Complaint to Add Counterclaims Against Plaintiff, and any Opposition thereto, it is hereby **ORDERED** that this Motion is **GRANTED.**

**IT IS SO ORDERED.**

_____                             _____
Date                                         Paula Xinis
                                             United States District Judge

62355443v.2