**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**MARK EKE**

                                                        **Civil Action No.: 8:18-cv-02941-PX**

     **Plaintiff,**

**v.**

**UNITED THERAPEUTICS, et. al.**

     **Defendants.**

---

### MOTION TO WITHDRAW AS COUNSEL

---

NOW COMES, attorneys Ikechukwu Emejuru, Onyebuchim Chinwah, and Andrew Nyombi, and respectfully states as follows:

Notwithstanding three years of zealous representation, Plaintiff has retained new counsel for this matter. Therefore, withdrawal by the above counsel is warranted. Plaintiff's new counsel has informed existing counsel that she has been retained and will enter an appearance. All parties, including new and opposing counsel will be informed of an attorney's lien from counsel, which shall be placed on this matter, should any resolution be reached, or judgment entered in Plaintiff's favor.[1]

Pursuant to Local Rule 101, an appearance of new counsel is forthcoming, the last known address of Plaintiff is 8710 Cameron Street, Apt. 822, Silver Spring, MD 20910. Furthermore, Plaintiff was provided written notice at least seven days previously advising Plaintiff counsel's withdrawal and the need to retain new counsel for this matter.

By: */s/ Ikechukwu Emejuru*_____
    Ikechukwu Emejuru

---

[1] Pursuant to the local rules, counsel is providing quarterly statements to Defendants.

**Emejuru Law L.L.C.**
8403 Colesville Road
Suite 1100
Silver Spring, MD 20910
Telephone: (240) 638-2786
Facsimile: 1-800-250-7923
iemejuru@emejurulaw.com

Onyebuchim Chinwah
**The Chinwah Firm LLC**
8403 Colesville Road
Suite 1100
Silver Spring, MD 20190
Telephone: (240) 638-2786
oc@thechinwahfirm.com

Andrew Nyombi
**KNA Pearl L.L.C.**
8701 Georgia Avenue
Suite 606
Silver Spring, MD 20910
Telephone: (301) 585-1568
Facsimile: 1-800-250-7923
anyombie@knapearl.com