

June 29, 2021

<u>VIA CM-ECF</u>

The Honorable Paula Xinis
U.S. District Court for the District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770

Re:  <u>Mark Eke v. Untied Therapeutics, et al., Civil Action No. 8:18-0294-PX</u>
     Plaintiff's Response to Defendants' June 23, 2021 Pre-Letter Motion to Compel

Dear Judge Xinis,

This letter is in response to Defendant's Pre-Letter Motion to Compel deficient discovery response to Defendant's Second Set of Interrogatories and Request for Production of Documents.

As of June 23, 2021, Plaintiff retained the above-captioned new counsel in this matter. A Notice of Appearance is being filed concurrently with response letter.

On or about March 18, 2021, Defendant initiated Phase 2 discovery in this matter and served interrogatories on request for production of documents on Plaintiff. On May 5, 2021, Plaintiff served late response on Defendant. On May 21, 2021, Defendant sent Plaintiff a deficiency letter detailing Plaintiff's deficiencies. On June a15, 2021, Plaintiff's former attorney served unverified supplemental interrogatory responses, but not supplemental responses to the deficient request for production.

As Plaintiff's new counsel I have reviewed Plaintiff's supplemental responses to Defendants interrogatories, and the May 21, 2021 deficiency letter as to production of documents and do in fact find the responses deficient.

Plaintiff is currently preparing the second (2nd) supplemental responses to Defendant's interrogatories and request for documents. We fully expect to have those supplemental responses to Defendant no later than end of business (EOB) Friday, July 9, 2021. Included in the supplemental responses will be full and complete documents, clearly identifying which documents correspond with each request for production, along with additional supplemental documents.

It has not been Plaintiff's intention to willfully disregard Court orders or disrespect the discovery responses, as such Plaintiff is promptly preparing second (2nd) supplemental responses.



We believe that the forthcoming second (2nd) supplemental production will cure and correct any deficiencies without the need to Court intervention.

        Respectfully submitted,

        */s/ Deyka Williams Spencer*
        Deyka Williams Spencer, Esq.



## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2021, a copy of Plaintiff's Response to Defendant's Pre-Letter Motion to Compel Discovery Responses was filed electronically using CM/ECF, upon to the following:

Eric J. Janson, Esq.
ejanson@seyfarth.com

and

Christine M. Costantino
ccostantino@seyfarth.com

SEYFARTH SHAW LLP 975 F Street, NW
Washington, D.C. 20004
Counsel for Defendant UT


*/s/Deyka Williams Spencer*
Deyka Williams Spencer