

August 27, 2021

*VIA CM/ECF AND ELECTRONIC MAIL*

The Honorable Gina L. Simms
U.S. Magistrate Judge
U.S. District Court for the District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, MD  20770

RE:   <u>Mark Eke v. United Therapeutics, et. al.</u>
      Case No.: 8:18-cv-2941

**Plaintiff's Response to Defendant's Letter Motion to Compel**

Dear Judge Simms:

This letter brief is in response to Defendant United Therapeutics Corporation ("UT" or "Defendants") August 20, 2021 request for a teleconference (ECF 90) to address deficiencies in Plaintiff's discovery responses, including Plaintiff's alleged failure to produce electronic communications between Plaintiff and Defendant Jenesis Rothblatt.

Defendant filed its first Motion to Compel Letter Brief on June 22, 2021 (ECF 81). The undersigned counsel, recently retained at the time, responded to Defendants motion (ECF 85) stating that Plaintiff would provide supplemental responses by July 9, 2021. Plaintiff's attorney was still awaiting additional documents and answers from Plaintiff on July 9, 2021 but served Defendant with supplemental responses and 254 documents on July 15, 2021, including but not limited to all the electronic communications between him and Jenesis Rothblatt in his care, custody, and control.

On July 23, 2021, Defendant sent Plaintiff a Meet and Confer letter stating some of Plaintiff's discovery responses were still deficient and demanded supplemental response within three (3) days – July 26, 2021. Plaintiff's attorney contacted Defendant and stated they would review the letter and provide supplemental responses within a couple weeks.

Plaintiff's attorney later contacted Defendant stating that Plaintiff was extremely ill, and any additional responses would be delayed.

As of the date of this response brief, Plaintiff has provided his third (3rd) supplemental responses to Defendant's discovery requests to Defendant, on August 27, 2021, including but not limited to agreeing to a subpoena of his AT&T phone records as and for all communications



between any and all parties in this case including but not limited to Plaintiff and Jenesis Rothblatt. Plaintiff has produced all other documents within his care, custody, and control, with the exception of his 2016-2018 tax returns which he has conveyed to undersigned counsel that he doesn't have it in his possession.

Further, Plaintiff has answered all of Defendant Interrogatories to his best information and belief. Plaintiff will not comply with Request 23 in whole. Plaintiff asserts this violates his right to privacy. Plaintiff has previously produced his W-2s for 2017 and 2018. This is a work in progress.

Thus, Plaintiff does not believe Court intervention is needed to compel Plaintiff's discovery responses.

Dated: August  27, 2021

                                                              Respectfully submitted,

                                                              /s/ *Deyka Williams Spencer*
                                                              Deyka Williams Spencer, Esq.



## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2021, a copy of Plaintiff's Response to Defendant's Letter Motion to Compel Discovery was filed electronically using CM/ECF, upon to the following:

Eric J. Janson, Esq.
ejanson@seyfarth.com

and

Christine M. Costantino
ccostantino@seyfarth.com

SEYFARTH SHAW LLP 975 F Street, NW
Washington, D.C. 20004
Counsel for Defendant UT

                                                                /s/ *Deyka Williams Spencer*
                                                               Deyka Williams Spencer