IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARK EKE, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED THERAPEUTICS, *et al.*, | ) Civil Action No. 1:18-cv-2941 |
| Defendants. | ) |

## DEFENDANTS' CONSENT MOTION TO EXTEND ALL REMAINING SCHEDULING ORDER DEADLINES BY 60 DAYS

Defendants, by counsel, and with Plaintiff's consent, request a 60-day extension of all remaining deadline in the Amended Scheduling Order [ECF No. 77]. In support of this Motion, Defendants state the following:

1. The Court entered an Amended Scheduling Order governing Phase II discovery on March 15, 2021 [ECF No. 77].

2. The parties promptly commenced written discovery, exchanged discovery requests, responses and document productions. Defendants identified numerous discovery deficiencies in Plaintiff's responses. After conferral with Plaintiff's counsel, Defendant promptly addressed those through the Court's designated process by filing a letter request for a pre-motion conference on June 23, 2021. [ECF No. 81] On the same day, Plaintiff's counsel filed a motion to withdraw his appearance. [ECF No. 82]

3. Defendants also filed a Motion for Leave to File an Amended Answer and Counterclaim against Plaintiff on June 15, 2021. [ECF No. 79]

4. New counsel entered an appearance for Plaintiff on June 29, 2021 [ECF No. 83] and represented that Plaintiff would provide certain supplemental discovery requested in the pre-motion conference correspondence [ECF No. 85]. Therefore, the Court denied Defendants' request for a discovery conference as premature. [ECF No. 86]

5. However, following Plaintiff's supplementation of his discovery responses, significant deficiencies remain, and Defendants again filed a request for a pre-motion conference on August 20, 2021. [ECF No. 90].

6. The Court also scheduled and conducted a hearing on the Motion for Leave to File an Amended Answer and Counterclaim against Plaintiff on August 30, 2021. [ECF No. 79] During the hearing, Plaintiff's counsel advised the Court that the parties were engaging in private mediation with retired Judge Alexander Williams on September 10, 2021, and the Court held its ruling in abeyance until after the mediation. [ECF No. 94].

7. The Parties intend to file a joint status report by September 17, 2021, per the Court's order, confirming that the mediation was not successful, and addressing the Court's direction to further confer on the pending discovery issues. However, at this time, both Defendants' pre-motion conference requests regarding Plaintiff's discovery deficiencies and Motion for Leave to File an Amended Answer and Counterclaim against Plaintiff remain pending.

8. Accordingly, the Parties require additional time to complete discovery, including all party depositions, following the resolution of these pending motions and therefore, Defendants request an extension of all remaining scheduling order deadlines by 60 days, as outlined in the attached Proposed Order.

9. Pursuant to Local Rule 105.9, undersigned counsel sought Plaintiff's consent via email on September 14, 2021. Plaintiff consented to the modification requested herein.

10. This request is not made for the purposes of delay and no parties will be prejudiced by the proposed modification.

WHEREFORE, Defendants respectfully requests that this Court extend all remaining deadlines the Scheduling Order by 60 days.

Date:   September 15, 2021

Respectfully Submitted,

/s/ Eric J. Janson
Eric J. Janson, Esq.
ejanson@seyfarth.com
Christine M. Costantino
ccostantino@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, NW
Washington, D.C. 20004
(202) 463-2400 (telephone)
(202) 641-9232 (facsimile)

*Counsel for Defendants*

74979061v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2021, a copy of Defendants' Consent Motion to Extend All Remaining Scheduling Order Deadlines by 60 Days was filed electronically using CM/ECF, upon to the following:

Deyka Williams Spencer
The Spencer Law Firm, LLC
2275 Research Blvd, Suite 500
Rockville, MD 20850

                                                        /s/  Eric J. Janson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARK EKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED THERAPEUTICS, *et al.*, ) | Civil Action No. 1:18-cv-2941 |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendants' Consent Motion for Extension of All Remaining Scheduling Order Deadlines by 60 Days, it is this _____ day of _____, 2021, hereby:

ORDERED that the Consent Motion for Extension is hereby GRANTED; and it is

FURTHER ORDERED that the Scheduling Order deadlines are modified as follows:

| Original Date | Modified Date | Event |
|---|---|---|
| September 20, 2021 | **November 19, 2021** | Defendant's Rule 26(a)(2) expert disclosures |
| September 27, 2021 | **November 29, 2021** | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures |
| October 4, 2021 | **December 3, 2021** | Rule 26(e)(2) supplementation of disclosures and responses |
| October 19, 2021 | **December 17, 2021** | Completion of Discovery; submission of Post-Discovery Joint Status Report. |
| October 19, 2021 | **December 24, 2021** | Requests for Admission |

74979061v.1


| November 22, 2021 | **January 21, 2022** | Dispositive Motions |
|---|---|---|

IT IS SO ORDERED.

_____
The Honorable Paula Xinis
United States District Judge

3

74979061v.1