IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARK EKE,   )
            )
     Plaintiff,   )
            )
v.          )
            )      Civil Action No. 1:18-cv-2941
UNITED THERAPEUTICS, *et al.*,   )
            )
     Defendants.   )

**ORDER**

Upon consideration of Defendants' Consent Motion for Extension of All Remaining Scheduling Order Deadlines by 60 Days, it is this 16th day of September, 2021, hereby:

**ORDERED** that the Consent Motion for Extension is hereby **GRANTED**; and it is

**FURTHER ORDERED** that the Scheduling Order deadlines are modified as follows:

| Original Date | Modified Date | Event |
|---|---|---|
| September 20, 2021 | **November 19, 2021** | Defendant's Rule 26(a)(2) expert disclosures |
| September 27, 2021 | **November 29, 2021** | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures |
| October 4, 2021 | **December 3, 2021** | Rule 26(e)(2) supplementation of disclosures and responses |
| October 19, 2021 | **December 17, 2021** | Completion of Discovery; submission of Post-Discovery Joint Status Report. |
| October 19, 2021 | **December 24, 2021** | Requests for Admission |

| November 22, 2021 | **January 21, 2022** | Dispositive Motions |

IT IS SO ORDERED.

_____/s/_____
The Honorable Gina L. Simms
United States Magistrate Judge