IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| MARK EKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED THERAPEUTICS, *et al.*, | ) | Civil Action No. 8:18-cv-2941 |
| | ) | |
| Defendants. | ) | |

# JOINT STATUS REPORT

Plaintiff and Defendants, through undersigned counsel, hereby submit this Joint Status Report in response to Magistrate Judge Simms August 30, 2021 Order [ECF No. 94] and state as follows:

**Mediation:**

Defendants Position:  Defendants' represent that the September 10, 2021 private mediation with Plaintiff and Judge Alexander Williams (Ret.) was unsuccessful.  Despite the considerable amounts expended by Defendants for this private mediation, including the time and expense in flying in-house counsel for Defendant United Therapeutics to Washington, D.C., Plaintiff failed to participate in good faith.  Indeed, Plaintiff refused to provide a settlement demand in advance of mediation and, at mediation, made an effectively best and final demand far in excess of the applicable statutory caps.  As a result, the parties had no choice but to end the mediation and at this point do not believe there is any meaningful chance for an informal resolution.  Defendants

75067278v.1

also respectfully request a ruling on the Motion for Leave to Amend [ECF No. 79] that remains pending with Magistrate Judge Simms.[1]

Plaintiff's Position:  Plaintiff represents that the September 10, 2021 private mediation with Defendant and Judge Alexander Williams (Ret.) was unsuccessful. However, Plaintiff proposed to stay the case and continue mediation in an attempt to find meaningful resolution to the matter. Plaintiff disagrees regarding Defendants' characterization and asserts that he engaged in good faith throughout the mediation, while Defendant has filed a complaint in the Circuit Court of Montgomery County, Maryland on September 9, 2021, asserting the same claims it is attempting to file late in this Court, for which a decision on the Motion for Leave to Amend [ECF No. 79] is still pending. Plaintiff has filed his response and opposition to the Motion for Leave to Amend [ECF No. 84]

**Discovery Issues Remaining:**

Defendants' Position:   Defendants submit that discovery-related issues raised in ECF Nos. 81, 90, and 92 remain outstanding and will require resolution by the Court.  Despite many months of waiting for various "supplementations" of his discovery responses (both with Plaintiff's prior and current counsel),  Defendants remain without critical areas of discovery.  Given the limited amount of time remaining in discovery, Defendants submit that the outstanding issues, which are detailed in the September 16, 2021 correspondence with Plaintiff's counsel, attached hereto at Exhibit A, can only be resolved with the assistance of Magistrate Judge Simms.

---

[1] In order to preserve its' rights under the relevant statute of limitations (which otherwise was about to expire), Defendant United Therapeutics had no choice but to file a Complaint in the Circuit Court for Montgomery County, Maryland on September 9, 2021, asserting the same claims detailed in its pending Counterclaim against Plaintiff. Defendants intend to voluntarily dismiss this Complaint in the event its Motion for Leave to Amend is granted and further submit that it would promote judicial economy, efficiency and would minimize legal expense to avoid separate litigation in Maryland state court that involve the same events as those at issue in this lawsuit.

<u>Plaintiff's Position</u>:  Plaintiff submits that he has responded fully and completely to all of Defendants' discovery request to the best of his knowledge, information and belief, and in good faith, except for issues related to private financial matters for which Plaintiff asserts that are irrelevant to the matters before this Court. If further settlement discussions are not fruitful, Plaintiff proposes to still depose numerous witnesses and Defendants in this matter.

| | |
|---|---|
| Date:   September 17, 2021 | Respectfully Submitted, |

/s/ Eric J. Janson
Eric J. Janson, Esq.
ejanson@seyfarth.com
Christine M. Costantino
ccostantino@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, NW
Washington, D.C. 20004
(202) 463-2400 (telephone)
(202) 641-9232 (facsimile)

*Counsel for Defendants*

/s/ *Deyka Spencer*
Deyka Williams Spencer, Esq.
The Spencer Firm, LLC.
2275 Research Blvd. Suite 500
Rockville, Maryland 20850
Phone: (301) 637-2866
Fax: (866) 686-2126
dspencer@spencer-firm.com

*Counsel for Plaintiff*