IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| MARK EKE, ) |  |
| ) |  |
| Plaintiff, ) |  |
| ) | Case No. 8:18-cv-02941-PX |
| v. ) |  |
| ) |  |
| UNITED THERAPEUTICS, *et al.* ) |  |
| ) |  |
| Defendants. ) |  |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that I, Raymond Baldwin, hereby enter my appearance as counsel in this matter for Defendants United Therapeutics Corporation, Martine Rothblatt, Jenesis Rothblatt, Shola Oyewole, and Robert Daye.  I certify that I am admitted to practice in this Court.  Eric Janson shall remain lead attorney for all Defendants.

Dated:   October 7, 2021

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/  Raymond C. Baldwin*
Raymond C. Baldwin, #25449
SEYFARTH SHAW LLP
975 F Street, NW
Washington, D.C. 20004
(202) 463-2400 (telephone)
(202) 828-5393 (facsimile)

*Counsel for Defendants*

76033528v.1

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Notice of Appearance was served electronically with the Court via ECF this 7th day of October, 2021, upon:

Deyka Williams Spencer, Esq.
The Spencer Firm, LLC
2275 Research Blvd., Suite 500
Rockville, MD  20850
Phone:  (301) 637-2866
Fax:  (866) 686-2126

*/s/ Raymond C. Baldwin*

76033528v.1