# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| MARK EKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED THERAPEUTICS, *et al.*, | ) | Civil Action No. 8:18-cv-2941 |
| | ) | |
| Defendants. | ) | |

## CONSENT MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW, Deyka Williams Spencer, Esq. of The Spencer Firm, LLC, in the above-captioned cause, and respectfully moves the Court for permission to withdraw as Attorney of Record and would show the Court as follows.

1. Professional considerations require termination of the attorney-client representation in this matter as irreconcilable differences have arisen.

2. In compliance with attorney-client privilege, the undersigned counsel finds that it is not possible to continue representation in this matter.

3. At least 7 days prior to the filing of this Motion, undersigned counsel sent the Plaintiff Mark Eke notification of intent to file this instant Motion, pursuant to Local Rule 101(2)(a) via email. Plaintiff was further advised to have another counsel enter an appearance on in his behalf in the above captioned case, or if he intended to represent himself, to notify the Clerk as soon as possible. Attached hereto as **Exhibit A** and made a part hereof is a copy of said letter.

2. On Monday, October 4, 2021, undersigned counsel sent Plaintiff Eke written notice the undersigned counsel's intent to withdraw from the above-captioned case.

3. On Thursday, October 7, 2021, the undersigned counsel received written consent from Mr. Eke by email that he was on notice and to proceed with withdrawing from the case on October 11, 2021 pursuant to the previous notice.

4. Plaintiff, Mark Eke, intends to proceed Pro Se in the above-captioned matter and has confirmed that he will submit the same notification to the Court.

WHEREFORE, Counsel Deyka Williams Spencer, Esq. respectfully prays that this Honorable Court grant this instant motion and withdraws her as attorney of record for Plaintiff, Mark Eke.

Date: October 11, 2021          Respectfully Submitted,

*/s/ Deyka Williams Spencer*
The Spencer Firm, LLC
2275 Research Blvd., Suite 500
Rockville, MD 20850
Telephone: 301-637-2866
Fax: 866-686-2126
dspencer@spencer-firm.com

*Attorney for Plaintiff*

# CITATION OF POINTS AND AUTHORITIES

LOCAL RULE 101 (2)(a)

# CERTIFICATION

      The undersigned certifies that on Monday, October 4, 2021, I emailed Mr. Mark Eke, at markeke@yahoo.com and provided written notice stating my intention to move for withdrawal in this matter and advising him to have another attorney enter an appearance on his behalf or to notify the clerk of the Court in writing of his intention to proceed if he was to represent himself. A copy of the letter is attached hereto as **Exhibit A.**

                                                              _____/s/_____
                                                              *Deyka Williams Spencer, Esq.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of October 2021, a copy of Plaintiff's Motion to Withdraw as Attorney of Record, was filed electronically using CM/ECF, upon to the following:

Raymond C. Baldwin, Esq.
rbaldwin@seyfarth.com

and

Eric J. Janson, Esq.
ejanson@seyfarth.com

and

Christine M. Costantino
ccostantino@seyfarth.com

SEYFARTH SHAW LLP 975 F Street, NW
Washington, D.C. 20004
Counsel for Defendant UT

/s/ *Deyka Williams Spencer*
Deyka Williams Spencer