☐ COURT OF APPEALS ☐ COURT OF SPECIAL APPEALS
☐ CIRCUIT COURT ☒ DISTRICT COURT OF MARYLAND FOR Montgomery County
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　City/County

Located at 6500 Cherrywood Lane Greenbelt, MD 20770 Case No. 8:18-cv-02941
　　　　　　　Court Address

STATE OF MARYLAND　　　or

Mark Eke　　　　　　　　　　　　　vs.　　United Therapeutics et al.
　Plaintiff　　　　　　　　　　　　　　　　　　　　　　Defendant

## NOTICE OF APPEARANCE
### (Md. Rules 2-131, 3-131, 4-214, 7-107, and 8-402)

Please enter my appearance for Mark Eke (Pro Se representation)
　　　　　　　　　　　　　　　　　　　Name

the ☐ defendant ☒ plaintiff ☐ other:

in the above entitled action.

| /s/ Mark Eke | | 8710 Cameron Street, Unit 821 |
|---|---|---|
| Signature | Attorney Number | Address |
| 10/15/21 | | SIlver Spring, MD 20910 |
| Date | | City, State, Zip |
| Mark Eke | | 9515875700 |
| Printed Name | | Telephone |
| | | markeke@yahoo.com |
| Firm Name | | E-mail　　　　　Fax |

## CERTIFICATE OF SERVICE

I certify that I served a copy of this Notice of Appearance upon the following party or parties by mailing

☒ first class mail, postage prepaid, ☐ hand delivery, on ___10/15/21___ to:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date

Eric J. Janson　　　　　　　　　　　　　　　Seyfarth Shaw LLP 975 F Street, N.W.
　Name　　　　　　　　　　　　　　　　　　　　　　　　　　Address
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　　　　　　　　City, State, Zip
Christine M. Costantino
　Name　　　　　　　　　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　　　　　　　　　　City, State, Zip
Raymond C. Baldwin　　　　　　　　　　　　/s/ Mark Eke
　Name　　　　　　　　　　　　　　　　　　　　Signature of Party Serving/Attorney

　　　　　　　　　　　　　　　　　　　　　　　Check applicable:
　　　　　　　　　　　　　　　　　　　　　　　　☐ Court appointed
　　　　　　　　　　　　　　　　　　　　　　　　☒ Private
　　　　　　　　　　　　　　　　　　　　　　　　☐ Public Defender
　　　　　　　　　　　　　　　　　　　　　　　　☐ Pro Bono Counsel

**CC-DC-084** (Rev. 07/2021)