IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| MARK EKE, | * | |
| Plaintiff, | * | Civil Action No. PX 18-2941 |
| v. | * | |
| UNITED THERAPEUTICS, *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \*

## ORDER

Pending before this Court is "Defendant United Therapeutics Corporation's Motion for Leave to Amend Answer to Amended Complaint to Assert Counterclaims Against Plaintiff" ("Defendant's Motion") (ECF No. 79). The matter has been fully briefed (ECF Nos. 84, 87). The Court held an initial hearing on Defendant's Motion on August 30, 2021. The Court held a continuation of that hearing on October 18, 2021. For the reasons stated on the record at both hearings, it is hereby **ORDERED** that:

1) Defendant's Motion is **GRANTED**. The Clerk of the Court is directed to docket Defendant's "Amended Answer and Counterclaims to Plaintiff's Complaint" (ECF No. 79-2).

2) Regarding the outstanding discovery disputes articulated in ECF Nos. 81, 90, 92, and 98-1, Defense counsel is directed to monitor the docket sheet for resolution of Plaintiff's counsel's "Consent Motion to Withdraw as Attorney of Record." If this motion is granted, Defense Counsel is directed to contact Plaintiff to resolve the outstanding discovery disputes outlined in ECF No. 98-1.

Dated: October 18, 2021                                  _____/s/_____
                                                         The Honorable Gina L. Simms
                                                         United States Magistrate Judge