**Pain and Suffering Affidavit of Mark Eke**

I, Mark Eke, hereby swear the following is true and accurate to the best of my personal knowledge, information, and belief:

1. Prior to experiencing workplace discrimination, I was a happy, ambitious, financially stable, carefree and healthy person.

2. Now, I am stressed, extremely paranoid, anxious, debt-ridden and unhealthy with an early diagnosis of high blood pressure at age 32.

3. There has been a change in mental anguish, stress, fear and emotional distress.

4. I have been experiencing depression and would characterize it as long term.

5. I did not experience this sort of depression at all prior to the discrimination. It has become even more extreme dealing with the ongoing court case while still working full time.

6. I have been experiencing nightmares frequently.

7. There has been a change in my reaction toward work. I have lost the zeal I once possessed at work. I was a very hard worker. Since UT I barely feel motivated due to my lack of confidence and fear of termination at other jobs I have held since I was terminated from United Therapeutics.

8. There has been a change in my self-esteem. I feel very anxious in public settings. I have been unable to speak confidently at work or in public and it is seriously affecting my performance and self-esteem.

9. There has been a change in my weight. I have lost over 20 pounds after my termination at UT.

10. There has been a change in my sleeping habits. I am hardly sleep through the night. Often times I wake up from nightmares drenched in sweat and fear. I fear that something will happen to me because of threats in the past and the lawsuit.

11. There has been a change in my pattern of socializing. I have become somewhat of a loner, barely able to participate in conversations and activities with friends and family. I lost a lot of friends and usually stay indoors isolated.

12. I have isolated myself from others. It started a few days after my termination. First, I refused to see my brother and family that live 4 minutes away from me and since then I have found more comfort in the silence of my lonely apartment. Lately, I feel better in isolation.

13. There been a change in my mood. I am constantly in deep thought, fear and paranoia. I purchased anti-surveillance equipment to constantly scan my apartment for listening devices out of fear because I still live next door to United Therapeutics.

14. There has been a change in how I experience anger. I find myself feeling angry about my situation and where I would be if I wasn't terminated. I also feel angry at myself for not giving in to Jenesis' sexual advances in order to save my job.

15. There has been a change in the way that I experience sadness. I have never felt as sad and depressed as I have been since termination from UT.

16. There has been a change in my crying patterns. Since the hearing in March, and the pressure from my previous attorney, I have found myself crying uncontrollably when I have random thoughts about the case.

17. There has been a change in the severity of my emotional state.

18. There has been damage to my professional and/or personal reputation. The defense counsel's motion to reveal my identity was granted and my name was made public. I feared the publication would create difficulty with obtaining a new job. Also due to the nature of the claims, I feared reverse discrimination from my peers and future employers.

19. There has been a change in my level of emotional distress, because I have never felt this level of emotional distress in my life. My breathing has been seriously affected and sometimes I have to pause to catch my breath when speaking. I've been told this is anxiety.

20. There has been a change in my relationships. I have been unable to properly interact and visit with family and friends because I find more comfort in the quiet of my apartment. I ended a 3-year relationship and canceled wedding plans simply because I do not feel confident starting a family due to fear, anxiety, financial distress (termination in 2017- fear of possible impending termination and bills incurred from the abrupt reduction in pay at the time) and the general weight of the case.

21. There has been a change in my financial situation. In January 2017, 4 days before my termination, I applied for a $50,000 loan to invest in crypto currency and also start a business which I registered in March 2017. Unfortunately, out of fear, depression and anxiety, I was unable to start the business or properly invest the money. I ended up losing about half of the loan funds and I am still paying it off with interest today. This business was supposed to be ancillary to my job at UT. I had plans to increase my salary at UT and increase my income in general with investments based on my secure salary at UT.

22. There has been a change in my ability to cope. I often times I feel like giving up.

23. There has been a change in my stress level. I am extremely stressed every single time the thought of my ongoing case crosses my mind.

24. There has been a change in my anxiety level. I am anxious about everything because I feel lost and hopeless. I am still unmarried because I am too anxious about what the future holds for me since I was terminated – my confidence in what's to come has been destroyed.

25. I keep myself with Prayers, fasting and daily exercising to cope with the feelings.

26. There has been a change in my enjoyment of life. I rarely have anything to enjoy or be happy about with the stress of going against a company like UT.

27. There has been a change in my attitude toward others. I feel like every new person that comes into my life may be affiliated with UT so out of paranoia, I have been unable to maintain healthy relationships with others.

28. There has been a change in my health. I am dealing with high blood pressure and breathing issues.

29. There has been a change in my energy level. I frequently feel lethargic and/or fatigued.

30. There has been a change in the number or frequency of my experiencing skin problems. With frequent acne.

31. There has been a change in my feeling of being in or out of control. I certainly do not feel confident that I have anything in control.

32. One of my lowest moments when I suffered emotionally or physically as a result of the discrimination was back in 2017. I had registered a business and obtained a business loan, secured a mortgage loan to purchase my first home, planned to get married and the future was very promising for me. Unfortunately, after my termination, I became terribly afraid of the future and mostly uncertain about all my lifelong dreams and aspirations. Needless to say, by the end of the year, all my plans crashed and since then I have been very reluctant to make any long-term investments for myself due to extreme anxiety, fear and lack of trust for people or even my own aspirations. I will be 35 this year and I am still not married.

33. I have visited health care provider for treatment relating to harm that I believe has been caused by the discrimination and/or retaliation. In 2019 when I started having breathing issues. I sought Christian counseling with my pastors, and we had in person and virtual sessions multiple times beginning in 2017.

34. I have been diagnosed with high blood pressure.

35. The anticipated duration of my future treatment for my symptoms/conditions of high blood pressure is not curable. The doctor advised me to avoid stressful situations, eat properly, exercise frequently and maintain a healthy active lifestyle.

36. I have taken a number of trips to Nigeria for Christian counseling and therapy.

37. I had other consequential damages. The loss of the business I registered in 2017.

40. In addition to my emotional damages. I also have experienced financial loss as a result of benefits that were terminated. I am requesting the following:

- Balance of ESPP account transferred to my current trading account:

    I.   Options = 425

    II.  SARs = 3186

- Balance of education assistance reimbursement = $25,500

    I.   Employee maximum reimbursement – $30,000

    II.  2017 Reimbursement - $4,500

    III. Balance = $25,000

- Back Pay = $88,587.48

    I.   UT 2015 Gross Pay - $121,377.31

    II.  New Job 2017 Gross Pay - $66,599.15

    III. New Job 2018 Gross Pay - $87,567.99

    IV.  Back Pay 2017 + 2018 = $88,587.48

- $16,453.05 – for period unemployed (13 weeks of unemployment – 8 weeks already paid).

- Unused vacation pay, unused sick leave and prorated bonus payments

- Loan collected on January 15, 2017 = $73,347.96

    - Loan - $50,000

    - Interest - $23,347.96

- Attorney's Fees ($225k for former counsel- ongoing costs for current counsel ($10k subject to increase) and costs expended for litigation ($400+).

I, Mark Eke, this  24th  day of July 2021, swear under penalty of perjury that the foregoing is true and correct.

So sworn,

*Mark Eke*
_____
Mark Eke