# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (SOUTHERN DIVISION)

| | | |
|---|---|---|
| MARK EKE, | * | |
| Plaintiff, | * | Civil Action No. PX 18-2941 |
| v. | * | |
| UNITED THERAPEUTICS, *et al.*, | * | |
| | * | |
| Defendants. | | |
| | * * * | |

## ORDER

Pending before this Court is "Plaintiff's Motion to Extend All Remaining Scheduling Order Deadlines by 90 Days" ("Plaintiff's Motion") (ECF No. 111). The matter has been fully briefed (ECF No. 112). The Court held a hearing on Plaintiff's Motion on November 16, 2021. For the reasons stated on the record at that hearing, it is hereby **ORDERED** that:

1) Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff shall file a Status Report with the Court by no later than **December 31, 2021**, indicating whether he has been able to secure counsel. If Plaintiff secures new counsel, his attorney shall enter an appearance by no later than December 31, 2021. If Plaintiff is unable to secure counsel, he shall continue to proceed *pro se*.

2) Plaintiff's deposition shall occur on **January 19, 2022**, at a location and at a time to be agreed upon by the parties.

3) Discovery will close on **February 4, 2022**. **There will be no further extensions of the Scheduling Order in this matter.** The parties are reminded that a Joint Status Report is due upon completion of discovery. (*See* ECF No. 97).

4) Consistent with ECF No. 97, Requests for Admission are due on **February 11, 2022**.

Dated: November 16, 2021                              _____/s/_____
                                                      The Honorable Gina L. Simms
                                                      United States Magistrate Judge