# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
GINA L. SIMMS
UNITED STATES MAGISTRATE JUDGE
MDD_GLSChambers@mdd.uscourts.gov



U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0627

November 30, 2021

RE: *Mark Eke v. United Therapeutics, et al.*
Case No. PX 18-2941

## **LETTER ORDER**

Dear Mr. Eke and Counsel:

On November 16, 2021, the undersigned granted in part and denied in part Plaintiff's motion seeking an extension of the remaining scheduling order deadlines. (ECF No. 115). I ordered that discovery shall close on February 4, 2022. (*Id.*). Also per that Order, the Plaintiff was given until December 31, 2021 to have new counsel enter his/her appearance in this case, or to file a status report in which he indicates whether he intends to continue with his lawsuit against the Defendants by acting in a *pro se* capacity. (*Id.*).

On November 17, 2021, counsel for the Defendants apprised the Court that there are still five outstanding discovery requests ("the Requests"), which Plaintiff allegedly has continued to ignore since on or about June 2021. The interrogatory and document requests made by Defendants largely relate to Plaintiff's claims for economic and non-economic damages, and a request for electronic communications allegedly relevant to refuting Plaintiff's discrimination claims. (*See* ECF No. 109).

Defendants now ask the Court to hold that Plaintiff has failed to comply with the Requests, as well as failed to timely raise any objection to the Requests. They also ask the Court to "grant" their "discovery letter motion." (ECF No. 116). Defendants further ask the Court to hold that Plaintiff's failure to respond to the Requests has prejudiced their ability to obtain and complete discovery by the February 2022 deadline. Thus, they also seek an extension of time beyond February 4, 2022 to complete discovery.

The Court has reviewed the letters and attachments submitted related to the Requests, and I find that Plaintiff has failed to timely object to the Requests. In addition, the documents submitted by Defendants, (ECF Nos. 109, 116), support a finding that Plaintiff has also failed to produce documents or respond to interrogatory requests made by the Defendants. In the absence of Plaintiff's reponses, however, the Court cannot fully make an assessment as to whether all five requests are truly consistent with the dictates of Fed. R. Civ. P. 26(b)(1).

Regarding, Defendants' request that the Court now extend discovery beyond February 4, 2022, that request is denied as premature. The Court will re-evaluate the extension request after receiving any December 2021 filing from Plaintiff.

Although informal, this is an Order of the Court and shall be docketed as such.

/s/
The Honorable Gina L. Simms
United States Magistrate Judge