**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| MARK EKE, | * |
| Plaintiff, | *  Civil Action No.: 8:18-cv-2941 |
| vs. | * |
| UNITED THERAPEUTICS, et. al., | * |
| Defendant. | * |

## PLAIINTIFF'S SECOND MOTION TO EXTEND TIME TO FILE RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Mark Eke, (Plaintiff), by and through the undersigned counsel, George A Rose, Esquire, hereby requests the Court to extend the deadline for filling of Plaintiff's response to Defendants' Motion for Summary Judgment to March 5, 2023, and in support thereof states as follows:

1. That on February 3, 2023, Defendants' filed Defendants' Motion for Summary Judgment.

2. That pursuant to this Court's Order, Plaintiff's response is due March 3, 2023.

3. On March 3, 2023, Plaintiff filed a request for extension of time for one additional day until March 4, 2023 to finalize and file his response. Dkt. No. 168. Plaintiff renews this request in this second motion for extension of time and requests a further additional day until March 5, 2022, to file his response. Upon review of the final draft of Plaintiff's response undersigned counsel notes that citations to the facts and related exhibits are incorrect. As is, this would confuse the court and consequently needs corrections. Additionally, the inordinate amount of time spent, without adequate sleep, on finalizing the response since March 3, 2023, has resulted in some kind of physical exhaustion for Plaintiff's undersigned counsel. Plaintiff believed that these occurrences also present good cause for the additional one-day extension.

**WHEREFORE**, Plaintiff again plea to the court to exercise its broad discretion here and enter the attached order extending the deadline for filing of the Plaintiff's response to Defendants' Motion for Summary Judgment to March 5, 2023.

Respectfully Submitted,

*/s/ George A. Rose*
George A. Rose, Esq.,
Federal Bar No.: 26086
Rose Law Firm, LLC
9134 Liberty Road, Randallstown, MD.  21133
Telephone #: 410-727-7555
Facsimile #: 443-320-0962
Email: grose@roselawfirm.net
Attorney for *Plaintiff Mark Eke*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March 2023, a copy the foregoing Plaintiff's Motion for Extension of Time To File Response in Opposition to Motion for Summary Judgment, was served on counsel of record by the Court's CM/ECF system.

*/s/ George A. Rose*