Page 1

1              UNITED STATES DISTRICT COURT
                   STATE OF MARYLAND
2      - - - - - - - - - - - - - - - :
                                     :
3      MARK EKE,                     :
                                     :
4              Plaintiff,            :   CASE NO.
                                     :
5              vs.                   :   8:18-cv-02941
                                     :
6      UNITED THERAPEUTICS, ET AL.,  :
                                     :
7              Defendants.           :
                                     :
8      - - - - - - - - - - - - - - - :
9
10                  VIDEO DEPOSITION OF MARK EKE
11
12     DATE:              January 19, 2022
13     TIME:              10:06 a.m.
14     LOCATION:          Seyfarth Shaw, LLC
                          975 F Street, NW
15                        10th Floor
                          Washington, DC 20004
16
17     REPORTED BY:       Constance H. Rhodes
                          Reporter, Notary
18
19
20
21
22       Job No. CS5022397

1                    A P P E A R A N C E

2     Pro Se Plaintiff:

3          MARK EKE

           9710 Cameron Street

4          Suite 821

           Silver Spring, Maryland 20910

5          (951) 587-5700

           markeke@yahoo.com

6

7     On behalf of Defendants:

8          RAYMOND C. BALDWIN, ESQUIRE

           ERIC J. JANSON, ESQUIRE

9          Seyfarth Shaw

           975 F Street, Northwest

10         10th Floor

           Washington, DC 20004

11         (202) 463-2400

           rbaldwin@seyfarth.com

12

13    ALSO PRESENT:

14         Laura Fisher, Esq., United Therapeutics

           Gene Aronov, Videographer

15

16                    *  *  *  *  *

17

18

19

20

21

22

1         A    That is my initial on the back page,

2    verification page.

3         Q    And you reviewed this document before

4    you signed it, right?

5         A    I don't recall reviewing the documents.

6         Q    Well, as a well-educated individual --

7         A    Uh-huh.

8         Q    -- your common practice is to review any

9    document that you sign before you sign it,

10   correct?

11        A    Common practice.

12        Q    And we can assume that you engaged in

13   that common practice in this instance, correct?

14        A    Incorrect.

15        Q    Well, this lawsuit's important to you,

16   right?

17        A    Correct.

18        Q    And you understand that in litigation

19   your signature can bind you to statements or

20   positions or arguments, correct?

21        A    Correct.

22        Q    So you would take extra care to ensure

1    first started, correct?

2         A    I don't recall if I saw her every day or

3    not.

4         Q    Well, where was the CEO's office

5    located?

6         A    The building next door.  There was a

7    bridge.

8         Q    So she was in a different building?

9         A    Like I said, I don't recall where she

10   worked in May 2013, but the CEO's office is on the

11   seventh floor of the building on the other side.

12        Q    Can you explain, sir, or describe how

13   your relationship with Jenesis Rothblatt

14   progressed from the time you first met her?

15        A    I'd say it was like a relationship with

16   most every other person in the office.  So I

17   joined United Therapeutics as an IT, the lead

18   senior systems administrator for the United

19   Therapeutics headquarters.

20             Being IT, I was responsible for building

21   the IT operations at United Therapeutics

22   headquarters, which is a help desk.  Being on the

Page 92

1       A     Jean.

2       Q     Jean who?

3       A     Jean Ault.

4       Q     Is Jean Ault a man or woman?

5       A     Jean Ault's a woman.

6       Q     And why did you call her "dear"?

7       A     I think it's more of my interpersonal

8    skills at work and relating to people and making

9    them feel comfortable with IT.

10      Q     So I'm sorry if you said this, but I

11   just want to make sure -- I want to make sure the

12   record is clear.  When you use the term sweetie in

13   relation to Jenesis Rothblatt, did you consider

14   that a term of endearment?

15      A     I consider it more of, like I mentioned,

16   my interpersonal skills with the employees and

17   being IT and making people feel comfortable.

18             As far as calling Jenesis sweetie, I don't

19   remember what context it was, but I can say for a

20   fact that I have never had a romantic relationship

21   with Jenesis Rothblatt.  Never.

22      Q     Well, I wasn't asking about that.  I was

Page 93

1    just asking about the use of the term sweetie.

2    Because in my experience, people don't use the

3    term sweetie unless they have some affection for

4    the person.

5         A    Oh, we have different -- very different

6    experiences.  I grew up in Nigeria.  It was -- it

7    was -- it was much more different than -- than

8    being here in the US, and so we have different

9    experiences.

10              I can't speak about your experiences and

11   neither can you speak about mine.

12              MR. BALDWIN:  Off the record briefly.

13              VIDEOGRAPHER:  We're going off the record.

14   This is the end of media unit number one.  The time

15   is 11:35 a.m.

16              (Whereupon, a brief recess was taken.)

17              VIDEOGRAPHER:  We're back on the record.

18   This is the beginning of media unit number two.  The

19   time is 11:39 a.m.

20   BY MR. BALDWIN:

21        Q    Sir, could you take a look at Bates

22   Number 01354 of Exhibit 3, please?  These are the

Page 126

1          A     Okay.

2          Q     Can you identify for -- for everyone

3     here in the room and on the record, each and every

4     sexual overture that you claim Jenesis Rothblatt

5     made to you before February 2015 when you were in

6     Las Vegas?

7          A     Before Las Vegas, I don't recall.

8          Q     You can't identify one, can you?

9          A     I can recall -- I can recall instances

10    of sexual overtures, but I can't put a timeline to

11    it because it's been so long.

12         Q     Can you identify any sexual overture by

13    Jenesis Rothblatt that happened before February

14    2015?

15         A     Again, like I mentioned, there were

16    multiple sexual overtures from Jenesis Rothblatt,

17    but I don't recall the timeline.

18         Q     Okay.  So you don't tell her -- we're

19    back in Vegas -- she's walking with you to your

20    room, you don't tell her you don't want her to

21    come, do you?

22         A     I believe if I did tell her I didn't

Page 127

1      want her to come, I don't believe she would have

2      come.  So I don't -- I don't recall not telling --

3      I don't recall telling her not to come.

4            Q     And you get in the room, and you said

5      you sat on the couch.

6            A     Well, I sat down first and waited for a

7      while, and all what I mainly recall is I lay down

8      in my full clothing, my full outfit.

9            Q     But how long were you on the coach?

10           A     I don't recall.

11           Q     What was discussed?

12           A     I don't recall.

13           Q     Can you remember a single thing that was

14     said?

15           A     No.

16           Q     Was Jenesis sitting on the coach?

17           A     No.  I was on the couch; she was on the

18     bed.

19           Q     Sitting on the bed?

20           A     I don't recall if she was sitting or

21     lying down.

22           Q     So you come into the room, you go to the

Page 128

1    couch, Jenesis goes to the bed; is that right?

2          A    That is correct from what I recall.

3          Q    And then at some point you get up and

4    move over to the bed, correct?

5          A    At some point, I slept.  I had my

6          Q    Well, you --

7          A    -- clothes on, and I laid down on my

8    side of the bed and slept.

9          Q    Right.  So you had to move from the

10   couch to the bed, right?

11         A    That is correct.

12         Q    And then Jenesis left, right?

13         A    She finally left, yes, right.

14         Q    How long was she there?

15         A    I don't recall.

16         Q    No idea?

17         A    No.

18         Q    Did -- after she left did you change

19   your clothes to get out of your street clothes?

20         A    I don't recall.

21         Q    Do you remember what you were wearing?

22         A    No, I don't.

Page 131

1          A    I may have told someone about it, but I
2      don't recall.

3          Q    Who?

4          A    I -- I don't recall.  I usually was -- I
5      usually was careful to let people know.  And the
6      reason why is because Jenesis was also sexually
7      harassing another employee that worked for IT.
8      His name was Anthony Morrison, and he had come to
9      meet me multiple times about sexual harassment
10     from Jenesis.  So, yeah.

11         Q    Was anybody else from UT's IT at this
12     conference in --

13         A    Morgan.

14         Q    Let me finish.

15         A    Oh.

16         Q    At this conference in Vegas in
17     February 2015?

18         A    Yes.

19         Q    Who?

20         A    Morgan.

21         Q    Morgan who?

22         A    Kenney.

Page 140

1      Q    Yes.  Did you invite her?  Did you guys

2    plan to get drinks?  Dinner?

3      A    No.  I remember -- I believe I remember

4    she had said she didn't have anywhere to stay. I

5    thought it was odd because I live next door to the

6    company and there's -- there's places she could

7    have stayed in the office.

8      Q    And when did she tell you this?

9      A    I don't recall.  It would have been the

10   day she was coming or the day she arrived or the

11   week she was planning to come to D.C.

12     Q    What did she say?

13     A    I don't recall exactly what she said.

14   You're not --

15     Q    Can you recall anything that she said?

16     A    I can't recall.

17     Q    Well, she didn't just show up at your

18   apartment unannounced.

19          You had no idea she was even going to be

20   there, did you?

21     A    Like I said, she had mentioned that her

22   family wasn't in town, and I thought it was

1    strange.  That's because I live next door to the

2    company.  She could have been in the office

3    waiting for her family.

4         Q    And when did she mention this?

5         A    I believe before she arrived.

6         Q    Can you offer any specifics?  Any -- not

7    even specifics -- any general information about

8    how it is that Jenesis comes to your apartment in

9    April 2015?

10        A    I think all the details would be in the

11   text messages that you currently have.  If we

12   could check the text messages for April 2015 or

13   2016, whatever it is, I believe we will see

14   whatever communications I had with Jenesis.  I

15   can't recall exactly what was said --

16        Q    Well, sure.  Let's talk about that.  You

17   were issued requests to produce documents in this

18   case, right?

19        A    That is correct.

20        Q    And you knew you had an obligation to

21   search diligently for any responsive documents,

22   correct?

Page 156

1     looked for that text message before August 10,

2     2017, when you sent this narrative to the EEOC?

3          A    Is it my recollection that I looked for

4     the text messages?  I've been looking for the text

5     messages since I was terminated, so that would be

6     a yes.

7          Q    That was just a little over two years

8     after this allegedly happened?

9          A    Incorrect.

10         Q    Well, sure.  You -- you claim this

11    happened in April 2015; you sent this to the EEOC

12    in August 2017.

13         A    Okay.

14         Q    That's a little over two years.

15         A    That what happened?

16         Q    That Jenesis allegedly took her clothes

17    off in your apartment.

18         A    Oh -- oh, yeah.  Uh-huh.

19         Q    So if I go on my phone right now, I can

20    go back and retrieve text messages from two years

21    ago.

22              Did you do that in August 2017?

1      wait for them.

2              Q     And you didn't tell her not to come.

3              A     Oh, no.   I didn't tell her not to come.

4              Q     What was the plan?   What were you guys

5      going to do when she got there?

6              A     The plan was for her to wait for someone

7      at her home to return.

8              Q     Did you plan to have dinner?

9              A     I don't recall what we planned to do.

10             Q     Did you plan to watch a movie?

11             A     I don't recall what we planned to do.

12     The main purpose of her coming over was because

13     she was coming from, I believe, LA, and she had

14     said her parents weren't home.

15             Q     Okay.   And what was your understanding

16     of what you guys were going to do that night?

17             A     Oh, definitely no understanding.   I

18     think I should make it clear again for the

19     records.   The only reason I had Jenesis -- the

20     only reason why I didn't report the sexual

21     harassment incident and I let communications with

22     Jenesis to continue were mainly because of the

1    doorbell -- do you have a doorbell or a knocker?

2         A    No.  Knock.

3         Q    Which?  Do you have a doorbell or a

4    knocker?

5         A    Knock.  No doorbell.

6         Q    Knocker?  Knock, knock, knock?

7         A    Just knocking --

8         Q    So she knocks on the door.  You open up

9    the door.  What do you say?

10        A    I don't recall what I said.

11        Q    What did she say?

12        A    I don't recall exactly what she said.

13        Q    What was she wearing?

14        A    I don't recall the exact outfit.

15        Q    Did she have a coat on?

16        A    I don't recall.

17        Q    Okay.  She comes in.  Did you give her a

18   drink?

19        A    I don't recall.

20        Q    Well, you would agree with me that it's

21   often good hospitality to offer somebody a drink

22   of water, a Coke, a beer.  Did you do that?

1      A    I don't recall.

2      Q    Did you offer her any food?

3      A    I don't recall.  But if she had

4    traveled -- if she had just come from a trip, I

5    assume she would have -- she would have taken into

6    account what she would eat or drink.  But at my

7    place I'm usually hospitable.  So I usually offer

8    something to guests.  But I don't recall the

9    situation surrounding her visit.

10      Q    And so she comes in.  Then what happens?

11      A    We -- I remember we were watching TV.

12      Q    Where were you sitting?

13      A    On my couch.

14      Q    Both of you on the same couch?

15      A    Yeah.

16      Q    How big is the couch?

17      A    It's like a four-seater couch.

18      Q    And are you sitting next to each other?

19      A    No.

20      Q    Where are you sitting in relation to

21    Jenesis?

22      A    I usually like to have my hands parked

1    up on the armrests.  So I was on the edge of the

2    couch, and she was sitting on the couch, too.

3         Q    She was sitting on the couch, too?

4         A    I believe so.

5         Q    But where on the couch?

6         A    I don't recall exactly where on the

7    couch.  She would have been on my left-hand side.

8         Q    Why do you say that?

9         A    Because I recall I was sitting on the

10   right-hand side.

11        Q    And what were you watching on TV?

12        A    The thing on the TV, I believe it was

13   either "Batman Returns" or "Batman Begins,"

14   because I remember I had told -- I had mentioned

15   that I remember the Batman theme just stays in my

16   head.

17        Q    Are you having anything to eat while you

18   are watching "Batman Returns"?  Popcorn? snacks?

19        A    No.

20        Q    And you drank.  Anybody drinking?

21        A    I don't recall.

22        Q    Did you have any wine?

1      A      I don't recall.

2      Q      Did you have marijuana?

3      A      I don't recall.

4      Q      Okay.  So you are watching Batman on TV.

5  What's Jenesis wearing?

6      A      I don't recall what she was wearing, but

7  I know she took her clothes off.

8      Q      Okay.  So you don't know what she was

9  wearing.  Do you know what you were wearing?

10     A      I don't recall what I was wearing.

11     Q      So you are watching TV.  Then what

12  happens?

13     A      What I recall from that day is Jenesis

14  walked into the room, went to the bathroom.

15  Jenesis went to the bathroom, and I just recall

16  that I'm still in the living room.  And she comes

17  in.  She's on the door pane with her hands -- she

18  had stripped her clothes off, with her hands on

19  the door pane, and she said -- she had said

20  something to the effect of "hey."

21     Q      Was she naked?

22     A      She took a -- she had just lingerie.

1      Q    I'm sorry?

2      A    She had just underwear.

3      Q    What kind of underwear?

4      A    I don't know.

5      Q    Was it --

6      A    Female underwear.

7      Q    Sorry?

8      A    Female underwear.

9      Q    Can you tell me what color it was?

10     A    I don't recall what color.

11     Q    Was it sexy underwear?

12     A    Was it sexy?

13     Q    Yeah.

14     A    I don't understand your question.  What

15  is sexy underwear?

16     Q    Have you ever seen women's underwear

17  that you thought was sexy?

18     A    What do you classify as sexy underwear?

19     Q    I'll asking you, sir.

20     A    I don't know what sexy underwear is.  So

21  how do I respond?

22     Q    Well, do you know what the word sexy

1        A    That is correct.

2        Q    Okay.  So describe the bra.  Is it lacy?

3    Is it revealing?  Is it --

4        A    I didn't pay too much attention to her

5    -- to her clothing.  I was -- I was flustered when

6    I saw her at the door, and immediately I

7    responded.  I told her, "Jenesis, please."  She

8    said, "Please what?" in her arrogant voice.

9        Q    Okay.  And then what did you say?

10        A    I remember I had told her -- I don't

11    remember exactly word for word, but I remember I

12    told her, "Jenesis, I work for your dad."

13        Q    Okay.  What else did you say?

14        A    When I said I work for your dad, she

15    said, "And so what?"  And then I said, "Well, I

16    just don't want to be messing around where I

17    work."  And I believe she responded in the line of

18    "Well, no one has to know.  If you're not telling,

19    I'm not telling."  And I basically told her,

20    "Jenesis, I'd like for you to put your clothes

21    back on."

22        Q    What did she say?

1        A     She stood there for a while just staring

2     making at me, made me feel uncomfortable.  I think

3     she noticed I felt uncomfortable because she asked

4     me, "Am I making you feel nervous?"  But again,

5     that's just her arrogance.  In my own home asking

6     me if she was making me feel nervous.  But I asked

7     her to put her clothes back on, and she eventually

8     did.

9        Q     Is that everything that was said?

10       A     That's what I remember now.

11       Q     And did she go in the bathroom and put

12    her clothes back on?

13       A     Oh, yeah.  She went back in, put her

14    clothes back on, and she came back and sat down on

15    the couch.  And that's when she asked me -- the

16    was -- she first tried to get -- I think she had

17    asked me questions about why I don't find her

18    attractive and why she's been trying.  And I think

19    it was probably in lines with that.  And I had

20    said I work for her dad, and I wasn't trying to

21    get into any relationship, sexual or otherwise,

22    with her.

Page 179

1        Q     And you are sitting on the couch at this

2     time?

3        A     That is correct.

4        Q     And have I you exhausted your

5     recollection of everything that was said after she

6     came out of the bathroom?

7        A     Possibly.  I know before she left I had

8     asked her, "Are we good, Jenesis?"  Because I

9     could feel like there was something.  So I said,

10     "Hey, Jenesis, are we good?"  And before she left

11     she said, "Oh, yeah.  We're good."

12        Q     And how long did she stay on the couch

13     after she came out the bathroom with her clothes

14     back on before she left?

15        A     I don't recall.

16        Q     Well, did you watch the end of the

17     movie?

18        A     I don't recall.

19        Q     Did you give her a hug when she left?

20        A     I don't recall giving her a hug.  I

21     doubt I would have given her a hug after what just

22     happened.

Page 183

1    at UT after it happened?

2         A    At UT I believe -- I believe I told

3    Sequita.

4         Q    When was this?

5         A    Sometime while I still worked at UT.  I

6    told Sequita about someone at the company, and I

7    tried to just keep Jenesis' name out of it.

8         Q    What I'm trying to find out, sir, is

9    when you allegedly spoke to Sequita about -- well,

10   let me ask you this way.  Are you saying you told

11   Sequita that Jenesis came out of your bathroom in

12   her underwear?

13        A    I don't recall the details of what I

14   told Sequita, but I -- I believe I shared details

15   of Jenesis coming to my apartment and taking her

16   clothes off.

17        Q    And when was this?

18        A    I don't recall when.

19        Q    Well, was it recently?

20        A    No.  It was while I worked at United

21   Therapeutics.  So it couldn't have been recently.

22        Q    What did Sequita say?

Page 184

1        A    I don't recall her response.

2        Q    Did you make notes of what happened?

3        A    Did I make notes?

4        Q    Yeah.

5        A    I don't recall if I made any notes.

6        Q    Well, have you looked for those notes?

7        A    I haven't found any notes that I would

8    have made about that.

9        Q    Well -- and what was Sequita's job when

10   you were at UT?

11       A    Sequita worked at the -- on the second

12   floor she worked as the -- it's like a coffee bar.

13       Q    Like she poured coffee -- made coffee?

14       A    I wouldn't reduce her job -- her role to

15   just that.

16       Q    That's your interpretation, sir.

17       A    She worked as a --

18       Q    Coffee barista?

19       A    Not just coffee barista, but -- so on

20   the second floor we had -- it was a break floor.

21   So they had food, they had snacks, coffee and

22   stuff.  So she sold on the -- she worked and sold

Page 185

1    one of the -- what do I call it -- the caterers or

2    -- she worked for United Therapeutics on the

3    second floor coffee bar/snack bar/lunch bar.

4          Q    Okay.  So not a manager?

5          A    Oh, no.  Not a manager.

6          Q    And when Jenesis came out of the

7    bathroom in her underwear, did you find her

8    sexually attractive?

9          A    I don't find Jenesis sexually

10   attractive.

11         Q    That wasn't my question.

12         A    The answer is no.

13         Q    You did not.  Do you think she looked

14   sexy when she came out of the bathroom in her

15   underwear?

16         A    The answer is still no.

17         Q    Are you in a relationship now?

18         A    It's personal information I like to keep

19   private.

20         Q    Well, except you allege that you told

21   your fiancee at one time about this, right?

22         A    Told my fiancee?

Page 190

1      Q    Are you attracted to men?

2      A    My sexual preference is personal.

3      Q    Does your sexual preference have

4  anything to do with your belief that you were

5  sexually harassed in this case?

6      A    I don't know.

7      Q    You don't know?

8      A    If my sexual preference has anything to

9  do my belief that I was --

10     Q    Did you discuss relationships with

11  Jenesis Rothblatt?

12     A    She had told me multiple times about

13  wanting to be in a relationship with me.

14     Q    I understand.  Did you discuss with her

15  you being in a relationship with anyone?

16     A    I just told you earlier on that she got

17  in my car and she saw a picture of my girlfriend.

18  So at least she knew that was my girlfriend at the

19  time.

20     Q    That wasn't my question, sir.  I'm just

21  trying to find out whether you ever talked about a

22  woman you were interested in, a man you were

Page 192

1          A     Depends.

2          Q     Share what happens to you during the

3    workday, right?

4          A     Sometimes.

5          Q     Did you share with anyone you were in a

6    romantic relationship with anything that allegedly

7    happened with Jenesis Rothblatt?

8          A     I don't recall.

9          Q     Well, if this was such a big deal, sir,

10   you would have shared it with somebody, right?

11         A     I shared with some people.

12         Q     Who?

13         A     I shared it with Mikia.  I shared it

14   with Howard Dubose at United Therapeutics.  I

15   shared it with Anthony Morrison.  I shared it with

16   Sequita.  And those are the people I can remember

17   now.

18         Q     Okay.  Can you explain, sir?  You wrote

19   to the EEOC that when Jenesis came out after

20   putting her clothes back on, she said, and you put

21   this in quotes, "I hope I am not making you feel

22   uncomfortable."  And you said, "No, you are not,

Page 193

1    and I appreciate you putting your clothes back

2    on."

3             Did that happen?

4        A    I believe so.

5        Q    You told the EEOC that she said that she

6    felt very humiliated but was willing to put it all

7    behind her.

8        A    That's what I recall from the messages.

9    She said that she felt very humiliated.

10       Q    And you told the EEOC that you said:

11   Yes, we're still friends, and I've moved past it.

12            Is that true?

13       A    If that's what in the document, then

14   yes.  I stand by whatever I said to the EEOC.

15            (EKE Exhibit Number 4 was marked for

16            identification.)

17   BY MR. BALDWIN:

18       Q    Sir, this is Exhibit 4.  This is the

19   amended complaint filed in this case.  You

20   represented to the court that -- and I'm turning

21   to page 7, paragraph 22 --

22       A    All the pages say 7.  So, okay.  I

1    the chairman.

2              I was with Robert Daye, and Robert Daye

3    asked me a question, similar question that Shola had

4    asked me.  He said -- asked a question in the lines

5    of what's going on with you and Jenesis.  And I

6    remember clearly telling him absolutely nothing.

7    Robert goes on to tell me, Oh, that's not what I

8    heard.  I heard Jenesis on the phone talking to

9    Shola, and I told -- heard Jenesis telling Shola

10   that you and her were, I think in his words, a

11   thing.

12             And I said there right there and then, I

13   told Robert Daye, I said, Absolutely not.  I said I

14   love my job.  And I remember telling Robert Daye --

15   and when comes -- if there ever comes a time when I

16   have to prove that there's nothing between me and

17   Jenesis, I said I have my records.  I remember that.

18             Just in response to you saying did I save

19   it.  I've called people that I feel like I sent the

20   screen shots of those messages to.  Unfortunately,

21   people change phones, and I haven't found those

22   messages.  But as I keep saying, AT&T has those

Page 255

1    apply for the position or pass?

2         Q    Right.

3         A    I don't get the question.

4         Q    Okay.  This is in reference to a digital

5    archivist position.

6         A    That is correct.

7         Q    And Alyssa told you should let her know

8    whether you want to apply for the position or not.

9    Right?

10        A    Robert said he told Alyssa I was

11   interested in the position, and she has told

12   Martine.  So I should speak to Alyssa and let her

13   know if I want to apply or pass.

14             So this is Robert saying.  But you keep

15   asking me if Alyssa said.  Robert said he told

16   Alyssa I was interested in the position.  And she

17   has told Martine.  She, meaning Alyssa has told

18   Martine.  So I should speak to Alyssa and need to

19   let her know if I want to apply or pass.

20        Q    Okay.  So Robert is telling you --

21        A    Yes.

22        Q    -- you should tell Alyssa yea or nay on

1       the position, yes or no on the position.

2              A     That is correct.

3              Q     And you ultimately decided to apply for

4       the position?

5              A     I ultimately told Alyssa a strong no.

6              Q     Well, but you ultimately applied for the

7       position, right?

8              A     After Alyssa coerced me to apply for the

9       position.

10             Q     Can you identify for me, sir, each and

11      every fact you have for the contention that Alyssa

12      somehow coerced you to apply for this position?

13             A     Can I present any facts?

14             Q     What facts do you -- you just alleged

15      that Alyssa coerced you into applying for the

16      position.  Is that your allegation?

17             A     That is my allegation.

18             Q     And the reason I want to know what facts

19      you have to support that, sir, is that you don't

20      strike me as someone who could be easily coerced.

21             A     Yeah.

22             Q     You've done nothing but fight with me

1      all day on the most basic questions.  And yet --

2          A    Sir, I haven't fought with you.

3          Q    Let me finish.  And yet you are going to

4      come in here and say that Alyssa somehow forced

5      you to apply for a position you didn't want to

6      apply for.

7                Is that your testimony?

8          Q    My testimony is that Alyssa coerced me.

9      No one forced me.  Alyssa coerced me to apply for

10     the position, and you asked facts about the

11     coercion.

12               Alyssa told me Martine really loved me.

13     Alyssa told me Martine wanted me to try out the

14     position.  Alyssa told me that if I took the

15     position, try out the position for 90 days and it

16     didn't work out, I'll be going back to IT.

17               In her -- her conversation was -- Alyssa

18     asked me -- do you have time to listen to the

19     conversation in her office or I should just answer

20     your questions.

21         Q    Identify for me each and every fact you

22     have that supports your assertion that Alyssa

Page 258

1      coerced you into applying for the position.

2          A      Okay.  The facts.  Alyssa asked me to

3      come to her office.  She asked me to sit down

4      across from her in her office.  And the first

5      thing she asked me was, I heard you are interested

6      in the digital archivist position.  My first fact

7      will be that my response to Alyssa was, "No, I am

8      not."

9               The first fact will be Alyssa telling me

10     Martine really loves you and will like for you to

11     try out the position.  Then I go on.  I responded to

12     Alyssa, and I told Alyssa that, unfortunately, it

13     has nothing to do with my career.  Then Alyssa asks

14     me the next question.  What is your career plan?  I

15     said:  I'm about to enroll -- I'm about to apply for

16     education assistance, and I'm hoping to enroll in a

17     master's degree in cyber security.

18              The next fact of coercion will be Alyssa's

19     next statement.  Alyssa next said:  Oh, fine.  Have

20     you spoken to Jeff Case?

21              Jeff case was a new hire at the time --

22     was a recent hire at the time.  And she said have I

1    spoken with Jeff Case that -- and the fact you asked

2    is coercion.  She said:  Yes, I can speak with Jeff.

3    Whenever you are done with your master's, then you

4    can transition.

5            Because I said I'm hoping I can finish my

6    master's and then transition to security within

7    United Therapeutics.

8            Alyssa said:  Well, yeah.  I can speak to

9    Jeff.

10           So that will be the next fact.

11           After that, Alyssa said -- when she said

12   that, I said okay.  That will be -- that will be --

13   that will be helpful.  And then she said now she

14   knows my career path.  But then she still goes on --

15   that's the human resources vice president that I

16   just told my career path -- and then she still tells

17   me Martine really loves you and wants you to apply

18   for a digital archivist position that I already said

19   had nothing to do with IT.  That's the next fact.

20           The third or fourth fact will be Alyssa,

21   after I had said I wasn't interested in the

22   position, she said:  Okay, how about I do this.  How

Page 260

1      about I speak to Shola, and I tell Shola that you're

2      going to try out this position in the office -- in

3      the OOC for 90 days, and if it doesn't work out

4      either for you or for the OOC, then you will return

5      to your IT role.  That was another fact.

6              Then I told Alyssa, even after all that, I

7      ended up leaving Alyssa's room -- office, telling

8      her I'll think about it, because I strongly didn't

9      want to apply for the position.

10             Also, in the message from Robert Daye on

11     4/19/2016, when I had told him if there's ever a

12     need for an IT engineer, the reason I did that was

13     because I had already spoken to Shola about the

14     digital archivist position that I was being

15     pressured to apply for.  The time stamp on that

16     message is 4:19.  The time stamp of another message

17     I sent to Shola is 6:17.  Shola says in his message

18     in a response:  Since everyone's talking about it, I

19     can't weigh in any more -- that's critical, "any

20     more," because he has weighed in multiple times

21     before.

22             How did he weigh in?  Prior to me sending

1    the message on 4/19 to Robert Daye, I had discussed

2    this digital archivist position that Jenesis was

3    supposedly telling me to apply for.  I had discussed

4    the position with Shola.  And Shola, in his words,

5    told me you want to end up being an executive

6    assistant like Shola.  I looked at him, I thought

7    that's strange -- or like Robert, and I looked at

8    him.  I thought that was strange.

9         But Shola said something that caught my

10   attention.  Shola said:  You know if you take that

11   position in the office of the chairman, you are

12   basically going to be reporting to Jenesis and

13   Robert Daye.  And I think he said something to the

14   effect of calling Robert Daye -- you know, with your

15   degree do you want to end up being an assistant,

16   something in that line.

17        Q    And help me understand how that had

18   anything to do with whether Alyssa coerced you

19   into applying for this job.

20        A    I think everything that I have said

21   today was a response to your question.  And if I

22   was saying anything that you feel doesn't relate,

Page 262

1    then you cut me off.

2         Q    And I take it you contend that somehow

3    Jenesis orchestrated this to get you this job?

4         A    Jenesis spoke to me about the position

5    multiple times.  I refused to apply for the

6    position.  And after Shola said the thing about

7    you know I'll be -- who I'll be reporting, that's

8    when I decided the only way I could do anything

9    for the office of the chairman will be if it's an

10   IT role.  Hence my e-mail to Robert Daye saying if

11   the OOC is ever in need of an IT engineer.  And

12   that was mostly because Robert -- Shola had told

13   me if I take that position I'll be reporting to

14   Robert and not Martine.  And I'll be working for

15   Robert and Jenesis.

16        Q    I appreciate that.  What I'm trying to

17   find out is what your allegations are in this

18   case.  Do you allege that Jenesis or Martine or

19   Robert or Shola or somebody made you take this

20   position for some inappropriate reason?

21        A    I can't speak to their intentions, but I

22   can speak to the events surrounding the position.

Page 263

1      Q    Let's break it down.  Do you contend

2   that Jenesis created this position for you?

3      A    I never contended that Jenesis created

4   the position --

5      Q    Do you contend --

6      A    -- because the position was available

7   for a long time.

8      Q    And you were aware it was available for

9   a long time?

10     A    Yes, I was.

11     Q    And you had actually worked with Martine

12  on various IT issues previously, right?

13     A    I was primarily responsible for most of

14  the IT issues for the office of the chairman.

15     Q    Right.  So Martine got to see you do

16  your work, right?

17     A    I don't necessarily...

18     Q    Well, I'm not saying she watched you

19  program a computer, but if she had an IT issue,

20  she was aware that you came and fixed it, right?

21     A    Martine?

22     Q    Yeah.

Page 264

1          A    If she had an IT issue, I was the one

2     that was going to come fix it for her.

3          Q    And she knew that, right?

4          A    She gave me an award for that.

5          Q    Right.  She thought highly of your

6     performance, right?

7          A    She gave me a key contributor award, so

8     I think she did.

9          Q    Okay.  So let's do it this way:  What

10    does this position that you allege you were forced

11    into taking have to do with this case?  Can you

12    explain that to me?

13         A    I don't know what you want me to

14    explain.

15         Q    Well, this is your --

16         A    I was coerced by the VP of HR to take a

17    position that had been available for over a year

18    that I never applied for as a employee.

19         Q    Okay.  Let's stop right there.

20         A    Okay.

21         Q    Why do you think that the VP of HR

22    coerced you?  What was her motivation for coercing

Page 265

1    you?

2         A    We'll have to ask Alyssa.

3         Q    You don't know?

4         A    We'll have to ask Alyssa.

5         Q    Do you have an allegation as to what her

6    motivation was?

7         A    What Alyssa's motivation was?

8         Q    Yes, sir.

9         A    In Alyssa's words, Martine wants you to

10   try out the position.

11        Q    Okay.  Do you allege that from -- do you

12   allege that your relationship with Jenesis had

13   anything to do with this digital archivist -- with

14   you taking the digital archivist position.

15        A    I never had a relationship with Jenesis,

16   but Jenesis spearheaded the recruitment of that

17   position.

18        Q    Okay.  What facts do you have to support

19   that?

20        A    Now, I recall Jenesis had -- after I had

21   talked to Shola and Shola talked about the

22   reporting structure if I took the position and

1    talked about how I wouldn't be anything IT and is

2    that what I wanted for my career, I remember

3    speaking with Jenesis and telling her I wasn't

4    going to apply for the position.  I remember I

5    told her just in Shola's words:  It has nothing to

6    do with IT, and it will be moving me away from my

7    career path.

8              And Jenesis immediately told me, okay.  I

9    believe she mentioned something about speaking to

10   Alyssa to update the job description.  The original

11   job description was Wikipedia editor or something I

12   think.  Either digital archivist or Wikipedia editor

13   and then it was finally updated to digital

14   archivist/Wikipedia editor.  I believe that was to

15   throw in some technical responsibilities for the

16   role, but I still refused to apply for the role.

17        Q    So why do you think that means -- let me

18   ask it this way:  Jenesis wasn't interviewing

19   candidates for this position, was she?

20        A    That's a good question.  The only person

21   that interviewed me was Robert Daye.

22        Q    As far as you know, Jenesis didn't

Page 275

1    fired at some point afterwards.  Is that your

2    claim?

3         A    That's not my claim.  How can I claim

4    that?

5              (EKE Exhibit Number 14 was marked for

6              identification.)

7    BY MR. BALDWIN:

8         Q    This is the job description for the

9    digital archivist position, correct?

10        A    Correct.

11        Q    It indicates on the second page that you

12   report to Robert Daye, correct?

13        A    That is correct.

14             (EKE Exhibit Number 15 was marked for

15             identification.)

16   BY MR. BALDWIN:

17        Q    Sir, this is the offer letter you

18   received from the United Therapeutics dated July

19   25th, 2016.  That's your signature at the bottom

20   accepting, correct?

21        A    That is correct.

22        Q    And this offer letter states in this

1     nonexempt position you will report directly to

2     Robert Daye, senior manager of the office of the

3     chairman?

4          A    That is correct.

5          Q    And you didn't interview with Jenesis

6     for this job, correct?

7          A    That is correct.

8          Q    But you did interview with Mr. Daye,

9     correct?

10         A    It was -- it was more like a lunch.  We

11    sat down in -- we sat down in a conference room on

12    the seventh floor for a few minutes.  And it was

13    more for discussion, and we were laughing.  And he

14    said we should go grab lunch, and we went down to

15    Jimmy Johns, and that was the end of the

16    interview.  And then he said Martine was going to

17    do the next interview.

18              I never got the schedule for Martine's

19    interview.  And one day I was on the second floor to

20    grab coffee, and I see Martine, and I say, Hi

21    Martine.  And Martine says, Hi, how are you.  And I

22    respond and -- how are you.  And she says she's

Page 277

1    fine.  And Martine goes to tell me I heard you

2    applied for the digital archivist position.  So

3    there was no formal interview with Martine.

4           And it wasn't, in my opinion, a formal

5    interview I had with Robert Daye.

6       Q    So could you turn to the text messages,

7    sir, please?  Page 01406.

8       A    Yes.

9       Q    This is a text message that you sent to

10   Jenesis on June 28th, 2016, where she asks you:

11   How did it go?

12          See that?

13      A    How did it go?

14      Q    Yup.

15      A    Yes.

16      Q    And then you said:  Just left.  It went

17   well.  Fingers crossed.  We'll wait to hear from

18   Alyssa now.

19          Right?  So you are telling her that you

20   had this interview with Mr. Daye, and it went well,

21   right?

22      A    Okay.

Page 278

1          Q    Is that correct?

2          A    I'm not sure what I was telling her, but

3     I believe that's -- I believe that's correct

4     because I said we'll wait to hear from Alyssa now.

5          Q    Right.

6               (EKE Exhibit Number 16 was marked for

7               identification.)

8     BY MR. BALDWIN:

9          Q    Sir, this is Exhibit 14 [sic].  This is

10    a copy of the office of the chairman

11    administration org chart, correct?

12         A    That's correct.

13         Q    And this notes that you, as the digital

14    archivist, report directly to Robert Daye,

15    correct?

16         A    That is correct.

17              (EKE Exhibit Number 17 was marked for

18              identification.)

19    BY MR. BALDWIN:

20         Q    Sir, this is a series of email exchanges

21    between you and Robert Daye in December 2016

22    dealing with your work as a digital archivist at

Page 280

1          A     That is correct.

2          Q     And you ask Mr. Daye whether you can go,

3     correct?

4          A     That is correct.

5          Q     And he said you can, right?

6          A     That is correct.

7          Q     And you went to that gala, right?

8          A     Yes, I did.

9                (EKE Exhibit Number 19 was marked for

10               identification.)

11    BY MR. BALDWIN:

12         Q     Sir, this is Exhibit 19.  This is a copy

13    of a picture of you and Jenesis at the November

14    3rd, 2016 gala, correct?

15         A     It was actually before we went to the

16    gala.

17         Q     This is at the hotel?

18         A     I believe downstairs at the hotel.

19         Q     And this was called the FIRST Robotics

20    Gala, right?

21         A     Yes.

22         Q     Could you describe this picture for me,

Page 285

```
 1     gala.  I was invited to the gala like the email
 2     says.
 3          Q    And you accepted the invitation,
 4     correct?
 5          A    The invitation was approved by Robert
 6     Daye, and I went.
 7          Q    Do you contend that Jenesis Rothblatt
 8     said or did anything inappropriate at the FIRST
 9     Robotics Gala in New York on November 3rd, 2016.
10          A    At the FIRST gala?  No.
11          Q    And you went to a second gala in New
12     York, right?
13          A    The Billie Jean King --
14          Q    Right.
15          A    -- Leadership Initiative.
16          Q    That's right.
17               (EKE Exhibit Number 20 was marked for
18               identification.)
19     BY MR. BALDWIN:
20          Q    Sir, this is Exhibit 20.  These are
21     pictures of you and Jenesis Rothblatt in New York
22     at the time of the Billie Jean King Leadership
```

 1    Gala, correct?

 2         A    I believe that was after the gala, after

 3    we left.

 4         Q    After you -- after -- that night after

 5    you left the event?

 6         A    I believe so.

 7         Q    Okay.  So you and Jenesis took the

 8    train -- took the same train to New York for this

 9    gala, correct?

10         A    That is correct.

11         Q    And you and Jenesis stayed at the same

12    hotel for this gala, correct?

13         A    Against my will.

14         Q    Well, in fact, Robert Daye said you

15    could stay at the Conrad Hotel, correct?

16         A    That is correct.

17         Q    And Jenesis said she wasn't going to

18    change her hotel room, correct?

19         A    That is correct.  But Robert Daye told

20    me I could still stay at wherever was close to the

21    World Trade Center.

22         Q    Right.  But you made a choice to stay at

Page 289

1    Okay.

2            Right?

3            And then you say to her:  Robert Daye said

4    we can book the Conrad because of the distance.  I

5    haven't booked Ravel yet, so I'll go ahead and book

6    this.

7            That's what you wrote her, right?

8    A    That is correct.

9    Q    She says:  Well, I'm not changing.

10           See that?

11   A    That is correct.

12   Q    And then she goes on to say:  You don't

13   have to stay at the same hotel if you'd rather

14   stay elsewhere.

15           Right?

16           And your response is:  Don't worry.  I was

17   just checking.

18   A    Well, you skipped a number of messages.

19   Q    Sure.  None of which have anything to do

20   with -- you are just going back and forth about

21   where to stay, right?

22   A    Well, I said Robert Daye said we can

Page 290

1    book the Conrad because of the distance.  I

2    haven't booked Ravel yet, so I'll go ahead and

3    book this.  I meant the Conrad.  And I think I

4    sent the screen shot of the Conrad.

5              And then -- and then I told her:  Hey, you

6    know Ravel is 9 miles away, 30- to 45-minutes drive.

7              And then she said:  Yup.  It's also a

8    hundred and forty dollars a night and just across

9    the Queensboro bridge from my parents' house.  I am

10   not canceling my reservation was what she said.

11        Q    Right.

12        A    And then I said:  Just checking.

13        Q    And you say:  Don't worry.  I was just

14   checking.  She says:  You don't have to stay at

15   the same hotel if you would rather stay elsewhere.

16              That's pretty clear, isn't it?

17        A    That is clear.

18        Q    And you say:  Don't worry.  I was just

19   checking.

20              So what did you do?  You booked a room at

21   the Ravel, didn't you?

22        A    After I had received the approval to

Page 291

1       stay at the Conrad, I had texted her and told her

2       Robert Daye approved a stay at the Conrad.  And

3       she told me the price of Ravel Hotel was 140 a

4       night.  And then Robert Daye calls me.  Robert

5       Daye tells me specifically that I should say at

6       the same hotel Jenesis is staying for whatever

7       reason he had.

8            Q    Well, when was this call, sir?  When was

9       this call?

10           A    It would have been about the same time.

11           Q    Oh, really?  You are going to say that

12      Robert Daye called you on November 14th?

13           A    I don't know if it was a call or an

14      email or a text, but Robert Daye communicated with

15      me.  After he had approved the Conrad, he turned

16      around and declined and said I should stay at the

17      same hotel that Jenesis is staying.

18           Q    This is -- this is late at night you are

19      have this exchange with Jenesis.  You're telling

20      me that Daye rings you up in the middle of the

21      night on November 14th and claims that -- tells

22      you you have to stay where Jenesis is staying?

1    correct?

2         A    I don't recall.

3         Q    Do you or don't you?

4         A    I don't recall.

5         Q    You don't recall what your allegations

6    are in the case?

7         A    As it concerns the BJKLI?

8         Q    Yeah.

9         A    I recall that I mentioned I was invited

10   there.

11        Q    Okay.  Anything else?

12        A    I recall that when Jenesis got up to

13   leave, first, she took a smoke break and then she

14   came back.  And then she got up to -- she told me

15   she was leaving, and I said I was going to stay

16   until after dinner.  Then she said that I want us

17   to leave.  And I said, Jenesis, I'll stay for

18   dinner.  And then she stands up and says she's

19   taking a smoke break.  She goes to take the smoke

20   break.  Robert Daye -- if I recall, Robert Daye

21   had blasted his phone and told me that I had to

22   leave when Jenesis was leaving for whatever

Page 300

1      reason.

2              Jenesis said she was done.  We hadn't had

3      dinner.  Events -- the dinner -- part of the events

4      was just about to start.  She said she had to go

5      take a smoke break after I said I wasn't leaving.

6      And then Robert tells me to leave when Jenesis

7      leaves.  And that was the dynamic of me working in

8      the office of the chairman.

9          Q    Okay.  And so you left with Jenesis?

10         A    That is correct.

11         Q    And then what happened?

12         A    We get back to the hotel.  I remember

13     Jenesis had invited me to her room.  She was with

14     a friend.  We went upstairs to the rooftop.  And I

15     believe the reason I was able -- I went to the

16     rooftop, she had told me something about Martine

17     and Bina were going to come over after the gala.

18     They never showed up.

19         Q    Okay.  Anything else happen?

20         A    I called a friend of mine in Texas -- in

21     New York, and I asked him to come over because I

22     wanted to feel more comfortable.

1          Q     Okay.  Who was the friend?

2          A     Nnamdi, N-N-A-M-D-I.

3          Q     What's his last name.

4          A     N-N-A-D-O-Z-I-E.  Nnamdi Nnadozie.

5          Q     How do you know him?

6          A     Oh, we've known him from way back in

7     Nigeria growing up.

8          Q     Does he live in New York?

9          A     He used to.  I think he moved.  I

10    haven't spoken to him in a while.

11         Q     When was the last time you talked to

12    him?

13         A     I can't recall.

14         Q     Where was he in New York when you

15    called?

16         A     I think he lived in the Bronx.

17         Q     But you don't know.

18         A     I visited him there before, but I don't

19    remember exactly.  I don't go to New York too

20    often.

21         Q     So did you call him or did you text him?

22         A     I don't remember if I called him or

Page 302

```
1    texted him.
2         Q    And did he come?
3         A    Oh, yes, he did.
4         Q    How did it take?
5         A    I don't recall how long it took.
6         Q    Well, the gala was downtown, right?
7    Wall Street, right?
8         A    It was at the World Trade Center.
9         Q    Right.  Which is lower Manhattan, right?
10        A    Okay.
11        Q    Do you disagree?
12        A    I don't know the location of the World
13   Trade Center.
14        Q    Well, do you know where the Bronx is in
15   relation to that?
16        A    No.
17        Q    No idea?
18        A    No.
19        Q    Well, how long do you think it would
20   take him from the Bronx --
21        A    I don't know the -- I don't know New
22   York, like I'd said.
```

Page 304

1        Q    But Jenesis didn't go out with you and

2    your friend?

3        A    No.

4        Q    And anything else happen that night?

5        A    I don't recall.

6        Q    So Jenesis didn't proposition you

7    sexually that night, did she?

8        A    Her friend was there, so I doubt.  And I

9    never allowed her to come to my room.  So...

10       Q    Who is her friend?

11       A    I have no idea who the friend is.

12       Q    Do you remember the name?

13       A    No, I don't.

14       Q    Was there any possibility that you were

15   going to introduce her friend and Nnamdi to each

16   other?

17       A    That was definitely not in the plans.

18       Q    How long did you hang out with Nnamdi,

19   her friend, and Jenesis that night?

20       A    I don't recall?

21       Q    Half an hour? 45 minutes?

22       A    I don't recall.  Maybe a few minutes.

Page 306

1      your sexual harassment claim that night?

2      Anything?

3           A    I mean I was terrified of the mere fact

4      that Robert Daye approved the Conrad and then

5      turned around and said I should stay at the same

6      hotel with Jenesis.

7           Q    Okay.  So help me understand how that

8      has anything to do with your case?

9           A    Jenesis had been to my hotel room in the

10     past.

11          Q    But didn't go to your hotel room this

12     time.

13          A    I refused to let her come in my hotel

14     room.

15          Q    And you didn't go to her room?

16          A    I did go to her room.

17          Q    Okay.  So why did you do that?

18          A    She had invited me to come to her room.

19     I called my friend and we both went to her room.

20          Q    And what did you do in her room.

21          A    I don't recall.  We hung out with them

22     for a while and then we left.

1    provide that letter, and I said I was going to

2    search for the letter.  So I don't necessarily

3    recall what dates, but I did have an interview for

4    my US citizenship.  And again, this document of

5    naturalization is very authentic.  Very, very

6    authentic.  I don't know why anyone would expect

7    that I'm under oath and I'll be lying about a

8    USCIS document.

9         Q    Are you answering a question here?

10        A    Do you have any questions?

11        Q    I do.  I'm just waiting until you

12   finish.

13        A    Waiting for your question.

14        Q    So on January 4, 2017, you were told

15   that your employment with UT was terminated,

16   correct?

17        A    Correct.

18        Q    And Alyssa Friedrich told you that,

19   right?

20        A    She called me on the phone to tell me

21   that.

22        Q    Tell me everything she said on that

Page 353

1       surrounding my claims.

2            Q    Okay.  So other than what's in the EEOC

3       document, you have nothing to add at this time?

4            A    At this time I don't recall anything

5       else I'd like to add.

6            Q    Is there any email, text message,

7       recording, that you could point to that would show

8       that anything Jenesis said or did was -- to you

9       was unwelcome?

10           A    The text messages where she -- that she

11      sent after the night she stripped her clothes off

12      in my apartment.  That will be one.

13           Q    Well, those are from her to you.

14           A    I mean, but yes, but it will --

15           Q    But how does that show that it was

16      unwelcome for you.

17           A    Because her text message will show that

18      it was unwelcome for me because that was a text

19      message -- she -- the text message I believe -- I

20      don't remember exactly the details -- but the text

21      message -- the text message started off by saying

22      she lied to me when she said that everything was

Page 354

1    okay when she left my apartment and that she felt

2    very humiliated and no man had ever treated her

3    like that.

4         Q    Okay.  Can you remember anything else

5    that was in these texts that she allegedly sent

6    you?

7         A    I don't recall.

8         Q    You never stopped seeing Jennifer --

9    sorry -- Jenesis outside of work, did you?

10        A    After January 4 I never saw Jenesis

11   again.

12        Q    But you never stopped seeing her outside

13   of work after February and April 2015, correct?

14   You continued to see her outside of work from

15   February 2015 through January 2017, correct?

16        A    I believe we did see outside the office

17   after that, yes.

18        Q    You never told Martine that Jenesis

19   Rothblatt had ever propositioned you, correct?

20        A    Oh, I couldn't do that.

21        Q    And you never told Robert Daye that

22   Jenesis Rothblatt had allegedly propositioned you,

1    you state that -- I'm on the fourth page.  You

2    state:  I was so afraid to report the incidents

3    because I was not the only one being harassed by

4    Jenesis, and the other gentleman was abruptly

5    terminated.

6         A    Okay.

7         Q    You didn't see Jenesis harass anybody

8    else, did you?

9         A    Oh I did from the first day that I

10   trained Anthony.  We went to fix something at the

11   FIRST room at United Therapeutics.  Right after we

12   fixed it we came back to the IT building, which

13   like you mentioned earlier, was not the building

14   Jenesis stayed.  Jenesis came all the way from her

15   building to the fifth floor of the IT corner,

16   acted like she was coming directly to me to say

17   thank you for fixing it the FIRST issue.  But what

18   she did was stop at Anthony's desk.  He was in the

19   cube in front of me.  And she had a sticky note

20   with her phone number and "call me." so I was

21   witness to that.  She walked away --

22        Q    So you think that's sexual harassment?

1      A    Well, if I finish.  She walked away and

2  Anthony called me and showed me the note.  And

3  after that day, Anthony, multiple times, even on

4  one occasion Jenesis said you've been dodging me

5  and something to that line and told Anthony that

6  she had to see him that weekend.

7          And what does Anthony do?  He calls me and

8  he begs me to come study at my place because Jenesis

9  was hounding to see him.  Lo and behold, Jenesis --

10  he told Jenesis he was going to my place to study,

11  and Jenesis came to my place, whether that's to

12  confirm or whatever it was.

13      Q    Okay.  Any other facts you have that

14  would support a claim that Jenesis sexually

15  harassed somebody other than you?

16      A    Anthony.

17      Q    Yeah, Anthony.  You got anything else?

18      A    I mean he told me.

19      Q    Well, do you contend -- you contend in

20  this case that Jenesis and Anthony had sex, right?

21      A    I never said that.  Anthony was married.

22  That's what I said.

1    the fact that Jenesis was allegedly interested in

2    you romantically.  Is that what you said?

3        A    Yes.  Because Robert Daye had asked me

4    what was going on with me and Jenesis, and I told

5    him nothing.  And he had told me that's not what

6    he heard.  He overheard Jenesis telling Shola and

7    all that stuff.

8        Q    All what stuff, sir?  What is it he said

9    to you that makes you think he was aware of

10   Jenesis's interest in you -- alleged interest in

11   you romantically?

12       A    He asked me -- a while after Shola had

13   asked me the same question about Jenesis, about me

14   being in a relationship with Jenesis, and I told

15   him there was nothing to it, he -- Robert Daye

16   asked me similar questions, and I just made the

17   same comment.  And Robert said, well, that's not

18   what he heard from Jenesis.  So I think -- I think

19   I'm clear with my statements.

20       Q    Did he tell you what he allegedly heard

21   from Jenesis?

22       A    He said he heard Jenesis telling Shola

1    that me and her -- I don't remember exactly how he

2    put it, was that me and her were gearing towards a

3    romantic relationship.

4         Q    So Robert Daye told you that he

5    overheard a conversation with between Shola and

6    Jenesis in which Jenesis supposedly said you are

7    "gearing toward a romantic relationship"?

8         A    He said he overheard a conversation

9    between Jena -- where Jenesis was telling Shola

10   about a possible romantic relationship with me.

11        Q    Could you turn to -- back to Exhibit 1,

12   page 01412, sir?

13             So September 16, 2016.  This is like six

14   or seven lines down.  Jenesis texts you:  Hey, you

15   busy, leaving work soon?  You say:  Leaving at 5:30.

16   What's up?  She says:  I think I need help.  I don't

17   know who else to ask.  You say:  Sure, what you

18   need?  She says:  I think there's something wrong

19   with my back.  I'm in serious pain.  Had to come to

20   this appointment in Bethesda, and I don't think I

21   can stand up, let alone drive my car back.  You say:

22   Send me the address and I'll come pick you up.  I'll

1    what Robert Daye told me.

2          Q    Do you know whether that's true or not?

3          A    Well, the day he was fired Anthony had

4    already come to meet me.  I was in a conference

5    room, and he told me he just came -- left the HR's

6    office and that some girl accused him of sexual

7    harassment.  And he told me point blank that it

8    was a lie, and he never did that.  So that's what

9    I know from Anthony.

10         Q    So you don't know -- you don't have any

11   facts that would show that Anthony Morris was

12   fired because of any alleged relationship he had

13   or didn't have with Jenesis Rothblatt?

14         A    Well, I know Anthony was sexually

15   harassed, and he was abruptly terminated.

16         Q    Okay.  So the answer to my question

17   would be what?

18         A    I can't tell.  I don't have any facts to

19   prove.

20         Q    Okay.  Other than what you've already

21   testified to here today, are there any other

22   instances of alleged sexual harassment that you