Page 1

1            UNITED STATES DISTRICT COURT
                  STATE OF MARYLAND
2    - - - - - - - - - - - - - - - :
                                   :
3    MARK EKE,                     :
                                   :
4            Plaintiff,            :   CASE NO.
                                   :
5            vs.                   :   8:18-cv-02941
                                   :
6    UNITED THERAPEUTICS, ET AL.,  :
                                   :
7            Defendants.           :
                                   :
8    - - - - - - - - - - - - - - - :
9
10             VIDEO DEPOSITION OF MARK EKE
11
12   DATE:              January 19, 2022
13   TIME:              10:06 a.m.
14   LOCATION:          Seyfarth Shaw, LLC
                        975 F Street, NW
15                      10th Floor
                        Washington, DC 20004
16
17   REPORTED BY:       Constance H. Rhodes
                        Reporter, Notary
18
19
20
21
22      Job No. CS5022397

Page 2

```
 1                A P P E A R A N C E
 2     Pro Se Plaintiff:
 3          MARK EKE
            9710 Cameron Street
 4          Suite 821
            Silver Spring, Maryland 20910
 5          (951) 587-5700
            markeke@yahoo.com
 6
 7     On behalf of Defendants:
 8          RAYMOND C. BALDWIN, ESQUIRE
            ERIC J. JANSON, ESQUIRE
 9          Seyfarth Shaw
            975 F Street, Northwest
10          10th Floor
            Washington, DC 20004
11          (202) 463-2400
            rbaldwin@seyfarth.com
12
13     ALSO PRESENT:
14          Laura Fisher, Esq., United Therapeutics
            Gene Aronov, Videographer
15
16                     *  *  *  *  *
17
18
19
20
21
22
```

Page 440

```
 1        and she walked with me to my room.

 2               Q     But at a certain point she came up

 3        to -- you know, she came to your front door, right,

 4        of your hotel?

 5               A     Yes.

 6               Q     Okay.  And did she tell her not to

 7        come in?

 8               A     Well, like I mentioned multiple

 9        times, Jenesis is the CEO's daughter.  I've been

10        privy to conversations about Jenesis.  And she

11        personally has told me someone she had sex with and

12        the asshole got terminated.  So based on the

13        comments I heard regarding Jenesis, both at United

14        Therapeutics and otherwise, I was trying to be very

15        careful with my dealings with Jenesis just to

16        preserve my job.

17               Q     Okay.

18               A     And granted that Jenesis -- well,

19        I'll let you go.

20               Q     Yeah.

21                     So -- but to my specific question --

22               A     Yes.
```

Page 647

1    provided a severance.  Ms. Friedrich advised the

2    discharge had nothing to do with my performance.  I

3    believe I was discriminated and retaliated against

4    because of my sex in violation of Title VII of the

5    Civil Rights Act of 1964, as amended with respect

6    to sexual harassment and discharge."

7         Q    Okay.  So what did -- you understand

8    that there are aiding and abetting claims in your

9    amended complaint, correct?

10        A    The aiding and abetting claims, I

11   believe, were filed initially when my attorney

12   filed the original complaint, not just the amended

13   complaint.

14        Q    Okay.  That's fair.

15             What did Martine do to aid and abet

16   the harassment by Jenesis?

17        A    The primary thing Martine did was

18   allow me -- or allowed the VP of HR, Alyssa, to

19   coerce me into taking that position.

20             Robert Daye had told me the day after

21   I stepped out of Alyssa's office, Robert Daye had

22   called me and asked me how did the meeting with

Page 648

1          Alyssa go.  And I told him it went well.  I told

2          her that I wasn't interested in the position.  And

3          she said Martine really loved me and I should try

4          the position.  And I ended up telling her I would

5          think about it.

6                    Robert Daye's response to me, "Oh,

7          you're acting special.  What do you have to think

8          about?  I want to be here on Monday and see that

9          you applied for the position."

10               Q    Other than this alleged coercion --

11               A    Sir, let me finish.  Let me finish.

12                    So the question was how did Martine

13          aid and abet.

14               Q    Correct.

15               A    The CEO -- Jenesis is the CEO's

16          daughter.  The CEO -- my intent -- my -- my -- my

17          supervisor, when I took the position in the CEO's

18          office, is Robert Daye.  I will pause there.

19                    Robert Daye already had mentioned and

20          asked me about my relationship with Jenesis, and I

21          had told him there was nothing there, and he had

22          told me that Jenesis -- that he heard Jenesis

Page 441

1          Q      -- did you ever tell her not to come

2     into your room?

3          A      I didn't tell her not to come into

4     room.

5          Q      All right.

6          A      I wasn't expecting her to come to my

7     room.

8          Q      And when she was actually in your

9     room, did at any point you tell her or ask her to

10    leave.

11         A      No.  Because, as I mentioned, we were

12    having a conversation and I -- I already knew

13    Jenesis had a liking for me.  She has mentioned

14    this multiple times.  And like I said, I was trying

15    to be careful and knowing that my job at United

16    Therapeutics was important to me.

17         Q      All right.  And you said eventually

18    she left on her own --

19         A      Yes.

20         Q      -- your room?

21                Okay.  And after she left, did you

22    have any other instances with Jenesis at this Las

Page 443

```
 1        at any point during that evening?

 2             A     No.

 3             Q     Okay.  Now, you testified earlier --

 4        now, she went to the bathroom, and you testified

 5        she came out with her underwear and bra, correct?

 6             A     That is correct.

 7             Q     All right.  And she wasn't naked,

 8        right?

 9             A     I mean, I call -- I think that is

10        naked --

11             Q     Okay.

12             A     -- taking and stripping your clothes

13        off, I think that is naked.

14             Q     Okay.  So -- but she did have a bra

15        and underwear on, right?

16             A     Yes.

17             Q     Okay.  And you asked her to put her

18        clothes back on?

19             A     That is correct.

20             Q     And she complied?

21             A     She didn't comply.  She came and sat

22        down next to me on the -- on the couch.  And her
```

Page 458

1          A     -- and all that.

2                And like I said, the power dynamics,

3     she created the power dynamics to your face so you

4     knew that she was in charge.  That was Jenesis.

5     And, I mean, it was -- it was the same in the -- in

6     the digital archivist position.  After she told me

7     multiple times to apply for the Wikipedia position.

8     And I turned it down and I said it had nothing to

9     do with IT.  She said, "Okay.  So if we included

10    some IT stuff" -- she had a conversation today,

11    Monday the job description was updated to digital

12    archivist or Wikipedia editor --

13                COURT REPORTER:  Could you slow down

14    just a little bit?  I'm sorry.

15                THE WITNESS:  I get -- I get anxious

16    talking about it.

17                COURT REPORTER:  I understand, but I

18    can only write --

19                THE WITNESS:  Apologies.

20    BY MR. JANSON:

21          Q     Okay.  Let's focus back again on the

22    apartment.

Page 469

1          my position at United Therapeutics, as far as

2          thinking I might get terminated for not giving in

3          to Jenesis' request.

4                       And then a couple of weeks after

5          Jenesis claimed that her laptop was stolen from her

6          office.

7               Q     Uh-huh.

8               A     That was a huge turning point for --

9          that was a huge awakening for me at United

10         Therapeutics.

11              Q     We're going to get back into that

12         incident.  But I want to kind of follow up on what

13         you had just said.

14              A     Yes.

15              Q     So you told -- you made clear to

16         Robert there's nothing on with Jenesis, right?

17              A     That is correct.

18              Q     You made it clear to Shola there is

19         nothing going on with Jenesis, correct?

20              A     That is correct.

21              Q     And you stated before at no point, at

22         least during your employment, did you ever report

Page 470

1       any alleged sexual harassment by Jenesis to any

2       management employees, right?

3               A       That is correct.

4               Q       All right.

5                       All right.  So after -- and we will

6       get to the laptop incident, but I wanted to

7       continue going through --

8               A       Sure.

9               Q       -- the allegations of --

10              A       Sure.

11              Q       -- sexual harassment that are in your

12      amended complain.

13                      We had talked about the first

14      robotics dinner at your deposition in early

15      November 2016, right?

16              A       Yes.

17              Q       And you testified there was no sexual

18      advances by Jenesis at that particular event,

19      right?

20              A       That is correct.

21              Q       Okay.  No sexual comments by Jenesis

22      towards you at that particular event?

Page 471

```
 1            A    I don't remember sexual comments.
 2            Q    Okay.  And then we also talked about
 3      the Billie Jean King dinner or gala in November of
 4      2016, right --
 5            A    The gala, yes.
 6            Q    -- in New York?
 7                 Yeah.
 8                 And again at that gala, no sexual
 9      advances by Jenesis, correct?
10            A    Not at the gala.  At the hotel she
11      had asked multiple times either coming to my room
12      or she wanted to come to my -- she wanted to come
13      to my room.  And I had -- I had decided that it was
14      safer for me to go to her room.  And I called my
15      friend that lived in New York, as I mentioned
16      during the last deposition --
17            Q    Right.
18                 She never asked you for sex during
19      that -- during that Billie Jean King Gala?
20            A    Jenesis asked me for sex multiple
21      times.
22            Q    When?
```

Page 472

1          A     Different -- multiple -- different
2     occasions.  Different occasions.  I could be -- I
3     coach having a -- Jenesis, one time, told me she
4     was going to Texas.  I asked her what she was going
5     to Texas for.  She said she was going to Texas to
6     get dick from some guy she knows in Texas because I
7     wouldn't give her no dick.  So these were the kind
8     of comments that I had to deal with Jenesis.
9          Q     Okay.  When did that occur?
10          A     I don't remember the date.
11          Q     Was it was via text?
12          A     No, it was in-person conversation,
13     because I remember she -- talking to her about
14     traveling to Texas.  She had some -- some man that
15     she was going to Texas to meet.  And then -- that
16     was before her conversations morphed into me moving
17     into her home.
18          Q     Okay.  So was it that conversation
19     where she said she was going to see some man in
20     Texas for sex, was that after the apartment
21     incident, I assume?
22          A     I don't recall.  I was just saying --

Page 473

1    your -- your question was, did she ask me for sex

2    at the Billie Jean King event --

3         Q    Right.

4         A    -- and I said I don't recall, but --

5         Q    Okay.

6         A    -- asking for sex was an ongoing

7    thing for Jenesis.

8         Q    Okay.  Let's -- we'll get back to

9    that.  Let's focus on the Billie Jean King Gala,

10   that day or two.

11             Did she did ever make any sexual --

12   did Jenesis ever make any sexual comments towards

13   you during that event or after that event?

14        A    I don't recall.

15        Q    Okay.

16             All right.  Now let's go back to your

17   comment about you said there were multiple

18   occasions she asked for -- you for sex other than

19   your apartment?

20        A    Yes.

21        Q    Okay.  And you said there was one

22   instance where you had an in-person conversation

Page 499

1           advances, right?

2                   A      Well, as far as discipling --

3                   Q      Let me back up.

4                          Other than your termination, did you

5           receive any other discipline after you rejected

6           Jenesis' advances?

7                   A      Well, you said other than my

8           termination.

9                   Q      Right.

10                  A      So now are you saying that my

11          termination was due to me rejecting Jenesis'

12          advances?

13                  Q      No, no, no.

14                  A      Okay.

15                  Q      I said, it's a disciplinary action --

16                  A      Okay.

17                  Q      -- and I wanted to make clear.

18                         So other than your termination

19          documents, were there any -- did you receive any

20          other disciplinary actions after you rejected

21          Jenesis' advances in April of 2015?

22                  A      No, I did not.

Page 502

1          And I really -- I want to talk

2     specifically about that month.

3          A     Yes, sir.

4          Q     Were there any instance in December

5     of 2016, and then even leading up to the first few

6     days of January 4th, where Jenesis ever made any

7     sexual advances towards you?

8          A     I don't recall.

9          Q     Okay.  Do you recall any instances in

10    December, or even early January, where she ever

11    asked you to have sex?

12         A     Not that I recall.  I know she had

13    sent me messages and called me multiple times

14    trying to come to my apartment and I turned her

15    down each single time.

16         Q     Okay.  And in those messages, do you

17    recall her actually ever asking for sex?

18         A     I don't recall her asking for sex in

19    the messages, I recall her trying so hard to -- to

20    come to my apartment.  And I just remember every

21    day or every time she asked to come to my

22    apartment, I just told her either that I was sick

Page 503

1          or I was busy or I was working or something.  I

2          just literally kept avoiding Jenesis.

3                    And the reason why was after we

4          returned from the Billie Jean King --

5          Q     Uh-huh.

6          A     -- Robert Daye made a comment to me.

7     Robert Daye -- we were in the office one day, and I

8     hadn't seen Robert Daye for about two weeks.  I

9     thought it was odd because he usually came into the

10    office.  He hadn't called me upstairs, we hadn't

11    had our usual chitchats in the office and talk

12    about work and all that.

13                    And then Robert Daye had -- Robert

14    Daye had told me, when I had asked -- I had said,

15    "I haven't seen you for a while, sir.  I just heard

16    you were in the office," or something.  I basically

17    was trying to inquire that, you know, if I had done

18    anything wrong.  And I remember Robert Daye telling

19    me, "You know Martine -- you know Martine likes

20    loyalty."

21                    I thought it was strange.  And I

22    said, "Sir, all I -- all I ever am is loyal to

Page 504

1    Martine and United Therapeutics.  That shows in my

2    work."  And I feel like that was coming from

3    another place.  I have no idea why he mentioned

4    that.  But after that comment, I noticed -- I

5    noticed just a shift in -- a shift in the -- in our

6    interactions.

7              Robert Daye was a really nice guy to

8    me while I was at United Therapeutics.  And -- and

9    with that change, I -- like I said, I had already

10   been scared, really scared, for my employment at

11   United Therapeutics, and when that happened, I

12   was -- I was concerned.

13             I had seen Martine.  Martine --

14   Martine would see me and, "Hey, Mark."  We'll talk,

15   we'll -- we'll -- we'll have conversations, we'll

16   smile and laugh.  Martine, one time in her office,

17   you know, I had fixed something, "Mark -- Mark, can

18   I get a hug?"  And we were just that -- we had that

19   communication.  As far as the CEO and me, as an IT

20   employee.

21             But coming -- coming --

22        Q    You had a close relationship with

Page 505

1      Martine?

2             A      I didn't have a close relationship

3      with Martine.

4             Q      Well, you referred to her -- you said

5      you hugged.

6             A      Oh, yeah, we did.  I mean, yeah.

7      Because Martine -- Martine is the CEO, right, and I

8      love Martine.  I have -- I -- Mr. Janson, all of

9      the incidents at United Therapeutics, from the

10     comments of Shola Oyewole, to the comments of

11     Robert Daye, to Jenesis while we were at the first

12     thing.

13            I remember clearly when Jenesis took

14     the picture that Mr. -- that Mr. Baldwin brought

15     during the last deposition.  Jenesis is

16     literally -- in my opinion, Jenesis already knew

17     that whatever she wanted from me was not going to

18     come, and I feel like Jenesis was already planning

19     whatever moves she had.

20            I say this to say --

21            Q      This is your perception?

22            A      Okay.  I'll just -- I'll stop there

Page 506

1           and I'll let you get back to the questions.

2                   Q      Okay.  Where did you go for Christmas

3           vacation in 2016?

4                   A      I went home to California.

5                   Q      Okay.  Who -- who specifically is in

6           California?

7                   A      My parents.

8                   Q      Okay.

9                   A      I was at my parents' home for

10          Christmas.

11                  Q      Okay.  Were you there for about a

12          week or so?

13                  A      I don't recall.

14                  Q      Okay.

15                  MR. JANSON:  I'm sorry.  Let's have

16          this marked.  I think where we left off last time.

17          Have this marked as Exhibit 35.

18                  (Eke Deposition Exhibit Number 35 marked

19                   for identification.)

20          BY MR. JANSON:

21                  Q      All right.  I'm handing you a

22          document which has been marked as Exhibit Number

Page 507

```
1        35.  This is a document that you or your attorney

2        had produced in discovery.

3                    So does this reflect your trip to see

4        your parents in December of 2016?

5             A     I believe so.

6             Q     Okay.  And do you recall actually

7        going in -- to California from the 21st through at

8        least the 29th?

9             A     Yes.

10            Q     Okay.  Were you -- was your -- was

11       your brothers out there with you in California?

12            A     No.

13            Q     Okay.  Any other family members you

14       saw for the Christmas holiday other than your

15       parents?

16            A     My parents.  One of my brothers lives

17       in California.  He lived close to my parents.  My

18       uncles live there.  My aunties live there.

19            Q     Who is your brother that lives in

20       California?

21            A     One of my brothers.

22            Q     What is his name?
```

Page 512

1          this as a one-way ticket?

2                   A     I don't recall.

3                   Q     Okay.  While you were in California

4          on your Christmas vacation with your family, do you

5          recall texting or having any conversation with

6          Robert Daye asking him to take off from work on

7          January 4th?

8                   A     I don't recall when I had the

9          conversation, but I recall having that conversation

10         with Robert Daye.

11                  Q     Via text?

12                  A     I believe so.  Text or e-mail.

13                  Q     All right.  I'm going to give you a

14         copy of Exhibit 25 from the first deposition.

15                  A     Thank you.

16                  Q     All right.  I'm showing you a

17         document which has been marked as Exhibit Number

18         25.  It's a screenshot of a -- it looks like a text

19         exchange that you had with Robert Daye.

20                        Do you recognize this?

21                  A     Yes.

22                  Q     Okay.  So there's a -- at the start,

Page 513

1        it says December 26, at 12:23.  "Sir, please I will

2        have to be in New York on the 4th for a family

3        issue."

4                Do you believe this is December 26th,

5        2016, that this text took place?

6                A       That's the date on it, yes.

7                Q       Okay.  And the 4th, being

8        January 4th, you had wanted to have off?

9                A       That is correct.

10               Q       Okay.  And you said it was for a

11       family issue, correct?

12               A       That's what it says in the message,

13       yes.

14               Q       Did you have any conversations with

15       Robert at that time, either via text or via phone,

16       further explaining the nature of this family issue

17       in New York?

18               A       I don't recall.

19               Q       Okay.  Now, Robert then rejects your

20       PTO request on December 26th, correct?

21               A       December 26th, yes, he -- well, that

22       wasn't necessarily a PTO request, it was him

Page 514

1    telling me in text message that, "Please work

2    around the emergency as your presence is needed in

3    the office during that time."

4         Q    Okay.  Did you know what that

5    presence -- what your presence was needed for?

6         A    In hindsight, I guess, it was to

7    terminate me in person and humiliate me in the

8    company.

9         Q    Did you understand that there was an

10   important event at the UT offices on January 4th?

11        A    There was a town hall meeting, which

12   I participate in.

13        Q    Okay.  Did you understand at this

14   time, when Robert said, "Your presence is needed at

15   the office," that that was for that town hall

16   meeting?

17        A    Well, yes, he did tell me it was for

18   the town hall meeting.  And in my -- in my mind I

19   decided I will definitely be joining the town hall

20   meeting, because I didn't see why I couldn't join

21   the town hall meeting over the phone.  Tons of

22   United Therapeutics' employees join the -- the town

Page 515

1          hall meeting virtually.

2                    And so when he said he needed me at

3          the town hall meeting, I said, "Oh, I can make the

4          meeting and still make my trip."  So I joined the

5          meeting on the phone.

6                    Q    Did you actually go into the office

7          that day?

8                    A    I was in the office that day.  And

9          that's another reason why I tell you that I knew my

10         time was coming.  And I feel it was just the Holy

11         Spirit's guidance.  And I'm Christian, so I won't

12         talk too much about the Holy Spirit.  But I had

13         literally looked at Martine that day in the office

14         and I said, "Hi, Martine," and Martine just

15         literally ignored me.  There was a cold look on her

16         face and I panicked.  I joined the meeting, but I

17         joined the meeting remotely.

18                   Q    All right.  So let's have you refresh

19         your recollection about this.  This is Exhibit 23

20         from your first deposition.

21                   And this is an e-mail -- actually --

22         actually, that's not the e-mail I want.  Excuse me.

Page 516

1          Twenty-six.  Let's -- you can ignore that one.

2                         I want to show you Exhibit 26.  It's

3          that one.  Sorry.

4                 A     Thank you.

5                 Q     I'm showing you a document which has

6          been marked as Exhibit Number 26 from your first

7          deposition.

8                 A     Yes.

9                 Q     All right.  Do you recognize this?

10                A     Yes.

11                Q     All right.  So this was -- you had

12         put in a PTO request through Workday to have off on

13         the 4th --

14                A     Yes.

15                Q     -- 5th and 6th.  Is that right?

16                A     That is correct.

17                Q     Okay.  So why were you at this point

18         asking for three days off?

19                A     Three days off?

20                Q     4th, 5th, and 6th.

21                A     I don't recall.

22                Q     Okay.  But you, again, understood

Page 517

```
 1          that your PTO request was denied, right?

 2              A     Yes, it was denied.

 3              Q     Okay.  Would it be fair to say at

 4          least at this point that you were fully aware that

 5          you were not authorized to be off on the 4th?

 6              A     As I mentioned, I was in the office

 7          on the 4th.  I never took the 4th off.

 8              Q     Did you --

 9              A     I joined the meeting remotely.  And

10          all I did -- at the time of the meeting, the

11          meeting happened during lunch break.

12              Q     Did anybody authorize you to leave

13          early on the 4th?

14              A     Yeah, I don't need authorization to

15          leave the office for lunch.

16              Q     Do you need authorization to leave

17          for the rest of the day?

18              A     I didn't leave for the rest -- no one

19          know that I had left for the rest of the day.

20              Q     Do you --

21              A     I left for lunch and I joined the

22          meeting.  Before I could return to the office, I
```

Page 518

1        received the call from HR saying I was terminated.

2                Q      Okay.  You left the office and you

3        were going to the train station, right?

4                A      At this point, I have no idea where I

5        was, but I did join --

6                Q      What?

7                A      -- the meeting.

8                Q      You had no idea where you were?

9                A      When I left the office.  You said I

10       left the office --

11               Q      What time did you leave the office?

12               A      Around noon.

13               Q      Okay.  Well, we saw your train

14       ticket, wasn't that at noon?

15               A      My train ticket, 12:05 --

16               Q      Okay.

17               A      -- yes.

18               Q      So you were in Silver Spring to make

19       a 12:05 train in D.C., right?

20               A      I don't recall, but I did join the

21       meeting.  We can check from the time of the town

22       hall meeting I was on the call.  And --

Page 647

1    provided a severance.  Ms. Friedrich advised the

2    discharge had nothing to do with my performance.  I

3    believe I was discriminated and retaliated against

4    because of my sex in violation of Title VII of the

5    Civil Rights Act of 1964, as amended with respect

6    to sexual harassment and discharge."

7         Q    Okay.  So what did -- you understand

8    that there are aiding and abetting claims in your

9    amended complaint, correct?

10        A    The aiding and abetting claims, I

11   believe, were filed initially when my attorney

12   filed the original complaint, not just the amended

13   complaint.

14        Q    Okay.  That's fair.

15             What did Martine do to aid and abet

16   the harassment by Jenesis?

17        A    The primary thing Martine did was

18   allow me -- or allowed the VP of HR, Alyssa, to

19   coerce me into taking that position.

20             Robert Daye had told me the day after

21   I stepped out of Alyssa's office, Robert Daye had

22   called me and asked me how did the meeting with

Page 648

1     Alyssa go.  And I told him it went well.  I told

2     her that I wasn't interested in the position.  And

3     she said Martine really loved me and I should try

4     the position.  And I ended up telling her I would

5     think about it.

6                 Robert Daye's response to me, "Oh,

7     you're acting special.  What do you have to think

8     about?  I want to be here on Monday and see that

9     you applied for the position."

10          Q     Other than this alleged coercion --

11          A     Sir, let me finish.  Let me finish.

12                So the question was how did Martine

13     aid and abet.

14          Q     Correct.

15          A     The CEO -- Jenesis is the CEO's

16     daughter.  The CEO -- my intent -- my -- my -- my

17     supervisor, when I took the position in the CEO's

18     office, is Robert Daye.  I will pause there.

19                Robert Daye already had mentioned and

20     asked me about my relationship with Jenesis, and I

21     had told him there was nothing there, and he had

22     told me that Jenesis -- that he heard Jenesis

Page 651

1       and I had told him clearly that I wasn't interested

2       in Jenesis and I wasn't pursuing a relationship

3       with Jenesis.  I think all that -- all that, I

4       believe an attorney will find accounts to aiding

5       and abetting.  And that's why I wanted the jury to

6       look through this.  And actually invite Robert

7       Daye, invite Jenesis, and invite Martine, to ask

8       these questions and get details about all the

9       communications regarding my employment in the CEO's

10      office and my subsequent termination.

11            Q      Now, Robert Daye, you said, you made

12      clear -- explicitly clear to Robert that you

13      were -- nothing was going on between you and

14      Jenesis, right?

15            A      Robert Daye asked me, "What's going

16      on with you and the boss' daughter?"  And I said

17      "Nothing."

18            Q      Okay.

19            A      And he said that's not what he heard.

20            Q      Okay.

21            A      And that he went on to tell me the

22      comments that he overheard Jenesis telling Shola on

Page 652

1        the phone, that me and her were either in a

2        relationship or pursuing a relationship.

3              Q      Did Robert Daye, other than what you

4        describe, do anything else to, in your mind, aid

5        and abet the discrimination you experienced?

6              A      Robert Daye made me feel like Jenesis

7        had all the power.  Jenesis, on one occasion, had

8        called me and told me she was sick and she needed

9        me to come to her home and take her to the

10       hospital.  I immediately told Jenesis that I was in

11       the office and I couldn't leave the office.  A few

12       minutes later Robert Daye calls me and tells me

13       that I'm allowed to leave the office to go take

14       Jenesis to the hospital.  It had nothing to do with

15       work.

16                    I proceeded to leave the office and

17       take Jenesis to the hospital.  I arrived to an

18       e-mail from Robert Daye saying if -- when he told

19       me I could take Jenesis to the hospital, he said,

20       if it's -- it's a requests from Jenesis, that I

21       know I have his approval.

22                    I think all those things results -- I

Page 653

1          think that the -- the jury will find that all these

2          things may lean towards aiding and abetting.

3               Q     What about anything else -- other

4          than this coercion to that take this position,

5          anything else by Martine that you believe

6          constitutes aiding and abetting?

7               A     Well, aiding and abetting in another

8          sense on Martine's part will be -- Martine never

9          interviewed me for the position.  This is a

10         position that had been available for over eight

11         months.  And Ms. Friedrich said I was going to get

12         interviewed.  My first interview was supposed to be

13         with Robert Daye.  And my first interview was a

14         joke.  It was nothing like an interview.  I had a

15         conversation with Robert Daye.  And we ended up

16         going to Jimmy Johns to grab sandwiches.  That was

17         the interview that I had with Robert Daye.

18                    Fast-forward, I was told I was

19         supposed to have my next interview with Martine.

20         HR will never be able to provide a record of a

21         scheduled interview with Martine, because an

22         interview never happened what Martine.  All that

Page 654

1        happened was Martine saw me on the second floor

2        trying to grab coffee, and she made the same

3        comments Alyssa made, "Hey, Mark, I heard you're

4        interested in a position."  I don't think he said

5        hi.

6                    And I said -- at that time I had

7        applied for the position already.  I had supposedly

8        been interviewed by Robert Daye.  And now I was

9        waiting for the interview with Martine, which had

10       not been scheduled.

11                   Martine spoke to me on the second

12       floor in the coffee -- coffee break floor.  And --

13       and that was supposedly my interview.  I think -- I

14       think if we go through the -- the -- the hiring

15       process of United Therapeutics and the recruitment

16       process, I fear to say my interview or my

17       recruitment into the CEO's office can be translated

18       to -- to -- to see -- to -- to -- to present maybe

19       some details of aiding and abetting.

20                   Martine never interviewed me for the

21       position, rather Martine said, "I'll send you some

22       tasks."  And she sent me some tasks.  And I get an

Page 655

1    e-mail from Alyssa, "Congratulations on your new

2    position."  I was never interviewed by Martine.  I

3    was never properly interviewed by Robert Daye.

4         Q     Maybe I'm missing something.  And

5    maybe I'm not understanding.  Even if she didn't

6    interview you or she just said, "Hey, you're

7    hired," why is that aiding and abetting

8    discrimination?

9         A     If Martine had already said, "We need

10   to find Jenesis a Nigerian husband," if Robert Daye

11   had asked me about my relationship with Jenesis, if

12   Shola Oyewole had asked me about my relationship

13   with Jenesis, if Robert had made the comment that

14   he overheard Jenesis telling Shola Oyewole that me

15   and her were in a relationship or pursuing a

16   relationship, and also for the fact that Alyssa to

17   coerce me to take the position told me, "Martine

18   really loves you and would like for you to try out

19   the position."  And the comment that Alyssa gave me

20   was that Martine would like me to try the position

21   for 90 days, if it didn't work, I would go back to

22   IT.

Page 658

1       charge is.  I'm trying to understand the connection

2       here.

3                       You're saying she placed you in this

4       role as digital archivist because Jenesis wanted

5       it, you to be in that role?

6               A       I believe Jenesis wanted me to be in

7       that role.  She made -- she made comments about

8       revising the position to include some IT aspects to

9       it, which is why the position was revised --

10              Q       Okay.

11              A       -- to digital archivist and Wikipedia

12      editor at Jenesis' direction.

13              Q       Okay.  So is the -- is it your claim

14      then that you were terminated because you rejected

15      Jenesis' advances?

16              A       I believe I was terminated and

17      retaliated against because of my sex in violation

18      of Title VII.

19              Q       I understand you keep repeating that

20      legal definition.  I'm trying to understand the

21      facts.

22                      Why do you believe you were

Page 667

1          So if there was any text messages

2     between me and Jenesis speaking about going to

3     Africa, it possibly was factual.  But as far as if

4     it was anything to do with a sexual relationship or

5     a romantic relationship, traveling with Jenesis

6     overseas, definitely not.

7          Q     Okay.  You never made any vacation

8     plans, talked about going on vacation with Jenesis

9     to London?

10         A     Again, I never intended to make any

11    travel plans with Jenesis Rothblatt.  I can't speak

12    about text messages.  There could be messages

13    where -- Jenesis lived in London, I had been to

14    London.  It's possible we said, oh, we could --

15    London would be a good trip or something, but I

16    don't recall.

17              And I'll say for a fact, I would

18    never have intentionally planned a vacation trip or

19    any type of trip with Jenesis.

20              And I say that also to say even when

21    we had the Billie Jean King Leadership Initiative

22    in New York, I had requested -- I was going to stay

Page 668

1    at a different hotel.  I was ordered by Robert

2    Daye, who was my manager, to stay in the same hotel

3    with Jenesis, although Robert Daye already knew

4    Jenesis had a sexual interest in me.

5           Q    Okay.  Let's go back to your amended

6    complaint, which is -- I'm sorry.  Here we go.

7    Let's go back to the amended complaint, which is

8    Exhibit Number 4.  I want you to go to Count 3 --

9    well, let's go to Count 1.  And I think I

10   understand.

11               Count 1, "Hostile work environment

12   based on sex."  I think I understand that.  That's

13   your sexual harassment you experienced by Jenesis,

14   right?

15          A    Count 1?

16          Q    Yes.

17          A    Yes.

18          Q    "Hostile Work Environment Based on

19   Sex."

20          A    Okay.

21          Q    Okay.  Is this concerning the sexual

22   harassment you experienced by Jenesis at UT?