# EXHIBIT 1

Page 1

```
 1            UNITED STATES DISTRICT COURT
                 STATE OF MARYLAND
 2    - - - - - - - - - - - - - - - :
                                    :
 3    MARK EKE,                     :
                                    :
 4            Plaintiff,            :   CASE NO.
                                    :
 5            vs.                   :   8:18-cv-02941
                                    :
 6    UNITED THERAPEUTICS, ET AL.,  :
                                    :
 7            Defendants.           :
                                    :
 8    - - - - - - - - - - - - - - - :
 9
10               VIDEO DEPOSITION OF MARK EKE
11
12    DATE:              January 19, 2022
13    TIME:              10:06 a.m.
14    LOCATION:          Seyfarth Shaw, LLC
                         975 F Street, NW
15                       10th Floor
                         Washington, DC 20004
16
17    REPORTED BY:       Constance H. Rhodes
                         Reporter, Notary
18
19
20
21
22      Job No. CS5022397
```

Page 126

1    A    Okay.

2    Q    Can you identify for -- for everyone

3   here in the room and on the record, each and every

4   sexual overture that you claim Jenesis Rothblatt

5   made to you before February 2015 when you were in

6   Las Vegas?

7    A    Before Las Vegas, I don't recall.

8    Q    You can't identify one, can you?

9    A    I can recall -- I can recall instances

10  of sexual overtures, but I can't put a timeline to

11  it because it's been so long.

12   Q    Can you identify any sexual overture by

13  Jenesis Rothblatt that happened before February

14  2015?

15   A    Again, like I mentioned, there were

16  multiple sexual overtures from Jenesis Rothblatt,

17  but I don't recall the timeline.

18   Q    Okay.  So you don't tell her -- we're

19  back in Vegas -- she's walking with you to your

20  room, you don't tell her you don't want her to

21  come, do you?

22   A    I believe if I did tell her I didn't

1    want her to come, I don't believe she would have

2    come.  So I don't -- I don't recall not telling --

3    I don't recall telling her not to come.

4         Q    And you get in the room, and you said

5    you sat on the couch.

6         A    Well, I sat down first and waited for a

7    while, and all what I mainly recall is I lay down

8    in my full clothing, my full outfit.

9         Q    But how long were you on the coach?

10        A    I don't recall.

11        Q    What was discussed?

12        A    I don't recall.

13        Q    Can you remember a single thing that was

14   said?

15        A    No.

16        Q    Was Jenesis sitting on the coach?

17        A    No.  I was on the couch; she was on the

18   bed.

19        Q    Sitting on the bed?

20        A    I don't recall if she was sitting or

21   lying down.

22        Q    So you come into the room, you go to the

Page 128

```
 1     couch, Jenesis goes to the bed; is that right?
 2          A    That is correct from what I recall.
 3          Q    And then at some point you get up and
 4     move over to the bed, correct?
 5          A    At some point, I slept.  I had my
 6          Q    Well, you --
 7          A    -- clothes on, and I laid down on my
 8     side of the bed and slept.
 9          Q    Right.  So you had to move from the
10     couch to the bed, right?
11          A    That is correct.
12          Q    And then Jenesis left, right?
13          A    She finally left, yes, right.
14          Q    How long was she there?
15          A    I don't recall.
16          Q    No idea?
17          A    No.
18          Q    Did -- after she left did you change
19     your clothes to get out of your street clothes?
20          A    I don't recall.
21          Q    Do you remember what you were wearing?
22          A    No, I don't.
```

Page 190

1      Q    Are you attracted to men?

2      A    My sexual preference is personal.

3      Q    Does your sexual preference have

4    anything to do with your belief that you were

5    sexually harassed in this case?

6      A    I don't know.

7      Q    You don't know?

8      A    If my sexual preference has anything to

9    do my belief that I was --

10     Q    Did you discuss relationships with

11   Jenesis Rothblatt?

12     A    She had told me multiple times about

13   wanting to be in a relationship with me.

14     Q    I understand.  Did you discuss with her

15   you being in a relationship with anyone?

16     A    I just told you earlier on that she got

17   in my car and she saw a picture of my girlfriend.

18   So at least she knew that was my girlfriend at the

19   time.

20     Q    That wasn't my question, sir.  I'm just

21   trying to find out whether you ever talked about a

22   woman you were interested in, a man you were

1    the chairman.

2              I was with Robert Daye, and Robert Daye

3    asked me a question, similar question that Shola had

4    asked me.  He said -- asked a question in the lines

5    of what's going on with you and Jenesis.  And I

6    remember clearly telling him absolutely nothing.

7    Robert goes on to tell me, Oh, that's not what I

8    heard.  I heard Jenesis on the phone talking to

9    Shola, and I told -- heard Jenesis telling Shola

10   that you and her were, I think in his words, a

11   thing.

12             And I said there right there and then, I

13   told Robert Daye, I said, Absolutely not.  I said I

14   love my job.  And I remember telling Robert Daye --

15   and when comes -- if there ever comes a time when I

16   have to prove that there's nothing between me and

17   Jenesis, I said I have my records.  I remember that.

18             Just in response to you saying did I save

19   it.  I've called people that I feel like I sent the

20   screen shots of those messages to.  Unfortunately,

21   people change phones, and I haven't found those

22   messages.  But as I keep saying, AT&T has those

Page 267

1    interview anybody else for this position, did she?

2         A    I have no idea.

3         Q    And she didn't interview you for it,

4    right?

5         A    She didn't interview me for the

6    position.

7         Q    And couldn't it be that Jenesis thought

8    it was a good opportunity for you and wanted to

9    encourage you to apply?  Isn't that possible?

10        A    That she thought it was a good

11   opportunity for me?

12        Q    Yeah.

13        A    I don't see how she would think that

14   when I told her it wasn't a good opportunity for

15   me.

16        Q    What does Jenesis -- what do you contend

17   Jenesis's motivation is for making you aware of or

18   encouraging you to take this position?

19        A    Well, right now in hindsight it made it

20   easier for her to be able get rid of me.

21        Q    Why did she need to put you in this

22   position to get rid of you?

1      A    Because I didn't report to anyone in the

2   office of the chairman while I was in IT.

3      Q    But according to you she's incredibly

4   powerful at UT, right?

5      A    That's correct.

6      Q    And I take it in this case you contend

7   that somehow she convinced Martine and Robert to

8   fire you; is that right?

9      A    I haven't made those allegations.

10     Q    Okay.  We'll get there.  Well, according

11  to you she could just pick up the phone and tell

12  Shola to fire you, right?

13     A    That wasn't what I said.

14     Q    Well, do you contend that she had that

15  power?

16     A    You can't say "according to me" for

17  things that I haven't said.

18     Q    Well, and that's what I'm trying to find

19  out here, sir, is what is it you are alleging with

20  respect to this position?  Are you alleging that

21  Jenesis made this whole up to put you in it to

22  fire you?

Page 279

1    United Therapeutics, correct?

2         A    That is correct.

3         Q    And you would agree with me that

4    Mr. Daye is closely monitoring your work, correct?

5         A    He was asking about my work, yes.

6         Q    Do you contend in this case that Jenesis

7    Rothblatt was your supervisor when you were the

8    digital archivist?

9         A    Oh, Jenesis wasn't my supervisor.  My

10   supervisor was Robert Daye.

11              (EKE Exhibit Number 18 was marked for

12              identification.)

13   BY MR. BALDWIN:

14        Q    Sir, this is Exhibit 18.  This is a copy

15   of an email exchange, first from Jenesis Rothblatt

16   to you and Joy Carr and Beth Eritano, dated

17   October 13, 2016, and then from you to Mr. Daye

18   that same day, correct?

19        A    That is correct.

20        Q    And in the first email Jenesis invites

21   you to the Annual FIRST Gala New York City,

22   November 3rd, 2016, right?

Page 285

1    gala.  I was invited to the gala like the email

2    says.

3         Q    And you accepted the invitation,

4    correct?

5         A    The invitation was approved by Robert

6    Daye, and I went.

7         Q    Do you contend that Jenesis Rothblatt

8    said or did anything inappropriate at the FIRST

9    Robotics Gala in New York on November 3rd, 2016.

10        A    At the FIRST gala?  No.

11        Q    And you went to a second gala in New

12   York, right?

13        A    The Billie Jean King --

14        Q    Right.

15        A    -- Leadership Initiative.

16        Q    That's right.

17             (EKE Exhibit Number 20 was marked for

18             identification.)

19   BY MR. BALDWIN:

20        Q    Sir, this is Exhibit 20.  These are

21   pictures of you and Jenesis Rothblatt in New York

22   at the time of the Billie Jean King Leadership

Page 286

1    Gala, correct?

2         A    I believe that was after the gala, after

3    we left.

4         Q    After you -- after -- that night after

5    you left the event?

6         A    I believe so.

7         Q    Okay.  So you and Jenesis took the

8    train -- took the same train to New York for this

9    gala, correct?

10        A    That is correct.

11        Q    And you and Jenesis stayed at the same

12   hotel for this gala, correct?

13        A    Against my will.

14        Q    Well, in fact, Robert Daye said you

15   could stay at the Conrad Hotel, correct?

16        A    That is correct.

17        Q    And Jenesis said she wasn't going to

18   change her hotel room, correct?

19        A    That is correct.  But Robert Daye told

20   me I could still stay at wherever was close to the

21   World Trade Center.

22        Q    Right.  But you made a choice to stay at

Page 287

1    the Ravel, didn't you?

2        A    No, sir.  Would you like to know what

3    happened?

4        Q    Would you turn to page, of the text

5    messages, please.  Bates 1423, please.  Starting

6    on this page you are texting with Jenesis

7    Rothblatt on November 13, 2016, about the Billie

8    Jean King Leadership Initiative Gala, correct?

9        A    That is correct.

10       Q    And you tell her -- she tells you rather

11   that she found two hotels in Brooklyn and that she

12   likes the Ravel one.

13            Do you see that?

14       A    That is correct.

15       Q    And you say:  Okay.  I'll book Ravel.

16            Right?  See that?

17       A    I said:  Okay, I'll book Ravel?

18       Q    Right.  This is the fifth --

19       A    She says --

20       Q    -- text down?

21       A    But she said:  But whatever is clever.

22   Always something to keep --

Page 289

1    Okay.

2              Right?

3              And then you say to her:  Robert Daye said

4    we can book the Conrad because of the distance.  I

5    haven't booked Ravel yet, so I'll go ahead and book

6    this.

7              That's what you wrote her, right?

8    A    That is correct.

9    Q    She says:  Well, I'm not changing.

10             See that?

11   A    That is correct.

12   Q    And then she goes on to say:  You don't

13   have to stay at the same hotel if you'd rather

14   stay elsewhere.

15             Right?

16             And your response is:  Don't worry.  I was

17   just checking.

18   A    Well, you skipped a number of messages.

19   Q    Sure.  None of which have anything to do

20   with -- you are just going back and forth about

21   where to stay, right?

22   A    Well, I said Robert Daye said we can

Page 290

1    book the Conrad because of the distance.  I

2    haven't booked Ravel yet, so I'll go ahead and

3    book this.  I meant the Conrad.  And I think I

4    sent the screen shot of the Conrad.

5              And then -- and then I told her:  Hey, you

6    know Ravel is 9 miles away, 30- to 45-minutes drive.

7              And then she said:  Yup.  It's also a

8    hundred and forty dollars a night and just across

9    the Queensboro bridge from my parents' house.  I am

10   not canceling my reservation was what she said.

11        Q    Right.

12        A    And then I said:  Just checking.

13        Q    And you say:  Don't worry.  I was just

14   checking.  She says:  You don't have to stay at

15   the same hotel if you would rather stay elsewhere.

16             That's pretty clear, isn't it?

17        A    That is clear.

18        Q    And you say:  Don't worry.  I was just

19   checking.

20             So what did you do?  You booked a room at

21   the Ravel, didn't you?

22        A    After I had received the approval to

1    stay at the Conrad, I had texted her and told her

2    Robert Daye approved a stay at the Conrad.  And

3    she told me the price of Ravel Hotel was 140 a

4    night.  And then Robert Daye calls me.  Robert

5    Daye tells me specifically that I should say at

6    the same hotel Jenesis is staying for whatever

7    reason he had.

8         Q    Well, when was this call, sir?  When was

9    this call?

10        A    It would have been about the same time.

11        Q    Oh, really?  You are going to say that

12   Robert Daye called you on November 14th?

13        A    I don't know if it was a call or an

14   email or a text, but Robert Daye communicated with

15   me.  After he had approved the Conrad, he turned

16   around and declined and said I should stay at the

17   same hotel that Jenesis is staying.

18        Q    This is -- this is late at night you are

19   have this exchange with Jenesis.  You're telling

20   me that Daye rings you up in the middle of the

21   night on November 14th and claims that -- tells

22   you you have to stay where Jenesis is staying?

1      Q    Okay.  And since you took the train

2    together, you obviously either sat next to each

3    other or sat across from each other.

4      A    That's also possible.

5           (EKE Exhibit Number 21 was marked for

6           identification.)

7    BY MR. BALDWIN:

8      Q    All right.  So the Billie Jean King

9    Gala.  These are pictures of you and Jenesis

10   Rothblatt at the Billie Jean King Gala, correct?

11     A    I assume.

12     Q    And could you describe for me what you

13   are seeing in these pictures, please, sir?

14     A    It's Jenesis and I.

15     Q    What are you doing?

16     A    Smiling for the picture.

17     Q    Where is she in relation to you?

18     A    She's in front of me.

19     Q    Is she touching you?

20     A    I don't recall.

21     Q    What does the picture look like?  Does

22   it look like she's touching you?

Page 303

1          Q    Well, you said you felt uncomfortable.

2     So were you uncomfortable enough to keep even

3     remotely aware of the time that was passing

4     waiting for this friend to show up?

5          A    No.

6          Q    What were you doing the whole time you

7     were waiting for the friend to show up?

8          A    I don't necessarily recall.  I know we

9     went upstairs where this picture was -- not this

10    picture, where the other picture was taken.  I

11    believe this was upstairs at the hotel.  So we

12    were probably here having a drink or hanging out

13    or something.  So we're here, and I invited my

14    friend over.  I have no idea how long it took, but

15    this was taken at the hotel.

16         Q    And did he come?

17         A    I said he did.

18         Q    And you and Nnamdi and Jenesis hung out?

19         A    We hung out for a while, and then we

20    left.

21         Q    And did you and your friend go out?

22         A    I don't recall what we did after that.

Page 304

1          Q     But Jenesis didn't go out with you and

2     your friend?

3          A     No.

4          Q     And anything else happen that night?

5          A     I don't recall.

6          Q     So Jenesis didn't proposition you

7     sexually that night, did she?

8          A     Her friend was there, so I doubt.  And I

9     never allowed her to come to my room.  So...

10         Q     Who is her friend?

11         A     I have no idea who the friend is.

12         Q     Do you remember the name?

13         A     No, I don't.

14         Q     Was there any possibility that you were

15    going to introduce her friend and Nnamdi to each

16    other?

17         A     That was definitely not in the plans.

18         Q     How long did you hang out with Nnamdi,

19    her friend, and Jenesis that night?

20         A     I don't recall?

21         Q     Half an hour? 45 minutes?

22         A     I don't recall.  Maybe a few minutes.

1      Q    Must have been more a few minutes

2    because it's probably easy 45 minutes to get from

3    the Bronx to lower Manhattan in the middle of a

4    busy night.  And you are only going to hang out

5    with Nnamdi for a few minutes?  Or did you guys go

6    out afterwards.

7      A    You said if I hung out with Nnamdi -- if

8    me and Nnamdi hung out with Jenesis for how long,

9    and I said I don't recall.

10     Q    Well, it had to have been more than a

11   few minutes, right?

12          Okay.  So she didn't proposition you

13   sexually that night, right?

14     A    I don't recall.

15     Q    She didn't say anything that was

16   offensive to you that night, did she?

17     A    I don't recall everything she said.

18     Q    She didn't say anything to you that was

19   inappropriate that night, did she?

20     A    I don't recall the conversations we had

21   that night.

22     Q    Well, what does that have to do with

Page 306

1    your sexual harassment claim that night?

2    Anything?

3         A    I mean I was terrified of the mere fact

4    that Robert Daye approved the Conrad and then

5    turned around and said I should stay at the same

6    hotel with Jenesis.

7         Q    Okay.  So help me understand how that

8    has anything to do with your case?

9         A    Jenesis had been to my hotel room in the

10   past.

11        Q    But didn't go to your hotel room this

12   time.

13        A    I refused to let her come in my hotel

14   room.

15        Q    And you didn't go to her room?

16        A    I did go to her room.

17        Q    Okay.  So why did you do that?

18        A    She had invited me to come to her room.

19   I called my friend and we both went to her room.

20        Q    And what did you do in her room.

21        A    I don't recall.  We hung out with them

22   for a while and then we left.

1      Q    So it was her and her friend.  But I
2    thought you said you guys were on the roof?
3      A    I said in this picture we were on the
4    roof.  I said the rooftop of the hotel.
5      Q    Well, that's not a selfie, is it?
6      A    Someone took the picture.
7      Q    That's right.  Who took the picture?  It
8    was Nnamdi or the friend, correct?
9      A    I don't recall if they were there yet.
10      Q    Well, so how long were you, Nnamdi, the
11    friend, and Jenesis in her room?
12      A    Just a few minutes.
13      Q    All right.  Could you go to Bates --
14    back to the texts 1421 -- 01421, please?
15            So here we are, right?  She says:  Oh, my
16    God, I want to leave.  You say:  Laughing my ass
17    off.
18            Keep going down.  She says:  I'm leaving
19    the gala.  But yeah, not much time this trip.
20            Do you see that?
21      A    Yes.  I see that.
22      Q    And then you say to her:  Where are you?

Page 308

1       She says:  In my room.  You say:  Come let's bake

2    one downstairs.

3              Right?

4       A    That is correct.

5       Q    And this is -- I should be clear.  This

6    is FIRST Robotics Gala on November 3rd, 2016.

7              So she leaves the gala early.  You ask her

8    where she is.  And then you invite her to come

9    downstairs and smoke a joint, right?

10      A    I don't see me telling her to come down

11   and smoke a joint.

12      Q    Well, what does that mean?  "Come, let's

13   bake one downstairs."  What does that mean?

14      A    I don't recall.

15      Q    No idea?  No idea?

16      A    I don't recall.

17      Q    All right.  Let's go to 01424, please,

18   sir.  And the Billie Jean King Gala is

19   November 16, 2016, correct?

20      A    That is correct.

21      Q    And there's nothing in these text

22   exchanges to indicate anything improper happened

Page 309

1      or anything you were upset about that happened on

2      November 16th, 2016, is there?

3            A      None that I see.

4            Q      At the Billie Jean King Gala you slept

5      in your own room, right?

6            A      That is correct.

7            Q      Other than what we've seen in the

8      pictures, Jenesis never touched you in any way,

9      correct?

10           A      Correct.

11           Q      And you didn't complain to anybody about

12     Jenesis's behavior at the FIRST Robotics Gala, did

13     you?

14           A      No, I didn't.

15           Q      And you didn't complain to anybody about

16     Jenesis' behavior at the Billie Jean King Gala,

17     did you?

18           A      No, I didn't.

19                  (EKE Exhibit Number 22 was marked for

20                  identification.)

21     BY MR. BALDWIN:

22           Q      Sir, this is Exhibit 22.  This is a copy

Page 384

1     Jenesis, Robert Daye, in essence, aided those

2     communications.

3               One example is an event where Jenesis had

4     called me while I was in the office saying she was

5     sick, and if I could come take her to the clinic.

6     And I told her I'm at the office and I can't leave

7     the office.

8          Q    Well, that's not true, sir.

9          A    A few minutes later --

10         Q    We have the text.  That's not true.

11         A    What's not true?

12         Q    That you told her you can't leave.  In

13    fact, you volunteered to take her.

14         A    Jenesis called me on one occasion to ask

15    me to come to pick her up, and I recall clearly I

16    told her that I was in the office and I couldn't

17    leave.

18              Robert Daye called me or reached out to me

19    and told me that I should go.  And then Robert Daye

20    even followed it up and said if it's Jenesis that I

21    have approval.  I think that's aiding and abetting.

22         Q    You said that Robert Daye was aware of

1    the fact that Jenesis was allegedly interested in

2    you romantically.  Is that what you said?

3         A    Yes.  Because Robert Daye had asked me

4    what was going on with me and Jenesis, and I told

5    him nothing.  And he had told me that's not what

6    he heard.  He overheard Jenesis telling Shola and

7    all that stuff.

8         Q    All what stuff, sir?  What is it he said

9    to you that makes you think he was aware of

10   Jenesis's interest in you -- alleged interest in

11   you romantically?

12        A    He asked me -- a while after Shola had

13   asked me the same question about Jenesis, about me

14   being in a relationship with Jenesis, and I told

15   him there was nothing to it, he -- Robert Daye

16   asked me similar questions, and I just made the

17   same comment.  And Robert said, well, that's not

18   what he heard from Jenesis.  So I think -- I think

19   I'm clear with my statements.

20        Q    Did he tell you what he allegedly heard

21   from Jenesis?

22        A    He said he heard Jenesis telling Shola

Page 399

1    sex with Jenesis Rothblatt?

2         A    Well, I presented my case and my claims

3    to the courts, and that's why I'm seeking justice.

4    I don't know how to present anything else that's

5    not already presented in my complaint or the EEOC

6    file.

7         Q    So other than what's in your complaint

8    and the EEOC narrative that you submitted, you

9    don't have any facts that would support a claim

10   that you were fired for not having sex with

11   Jenesis Rothblatt, correct?

12        A    I contend that I was discriminated and

13   retaliated against because of my sex in violation

14   Title 7.

15        Q    So I'd just appreciate an answer to the

16   question, please.

17        A    I don't know.

18        Q    Do you know why Anthony Morris was

19   fired?

20        A    Robert Daye told me he was fired

21   because -- he was fired because a lady at the

22   office accused him of sexual harassment.  That's

Page 400

1    what Robert Daye told me.

2         Q    Do you know whether that's true or not?

3         A    Well, the day he was fired Anthony had

4    already come to meet me.  I was in a conference

5    room, and he told me he just came -- left the HR's

6    office and that some girl accused him of sexual

7    harassment.  And he told me point blank that it

8    was a lie, and he never did that.  So that's what

9    I know from Anthony.

10        Q    So you don't know -- you don't have any

11   facts that would show that Anthony Morris was

12   fired because of any alleged relationship he had

13   or didn't have with Jenesis Rothblatt?

14        A    Well, I know Anthony was sexually

15   harassed, and he was abruptly terminated.

16        Q    Okay.  So the answer to my question

17   would be what?

18        A    I can't tell.  I don't have any facts to

19   prove.

20        Q    Okay.  Other than what you've already

21   testified to here today, are there any other

22   instances of alleged sexual harassment that you

Page 414

1                   CERTIFICATE OF NOTARY PUBLIC

2                     I, CONSTANCE HUNT RHODES, the officer

3        before whom the foregoing deposition was taken, do

4        hereby certify that the witness whose testimony

5        appears in the foregoing deposition was duly sworn

6        by me; that the testimony of said witness was

7        taken by me in stenotypy and thereafter reduced to

8        typewriting under my direction; that said

9        deposition is a true record of the testimony given

10       by said witness; that I am neither counsel for,

11       related to, nor employed by any of the parties to

12       the action in which this deposition was taken; and

13       further, that I am not a relative or employee of

14       any attorney or counsel employed by the parties

15       thereto, nor financially or otherwise interested

         in the outcome of the action.

16

17

18                         *Constance Hunt Rhodes*

                           CONSTANCE HUNT RHODES

19                         Notary Public in and for the

                           District of Columbia

20

         My commission expires:

21       January 14, 2023

22

Page 415

1                UNITED STATES DISTRICT COURT
2                    STATE OF MARYLAND
3        - - - - - - - - - - - - - -

    MARK EKE                        :
4                                   :
            Plaintiff               :   CASE NUMBER:
5                                   :
    vs.                             :      8:18-cv-02941
6                                   :
    UNITED THERAPEUTICS, et al.     :
7                                   :
            Defendants              :
8        - - - - - - - - - - - - - -
9

10          VIDEO-RECORDED DEPOSITION OF MARK EKE
11                    VOLUME 2 OF 2
12      DATE:            March 25, 2022
13      TIME:            8:59 a.m. to 3:47 p.m.
14      LOCATION:        Seyfarth Shaw, LLC
                         10th Floor
15                       Washington, D.C. 20004
16

17      REPORTED BY:     Felicia A. Newland, CSR
                         Reporter, Notary
18
19
20      Job Number CS5142099
21
22

Page 450

1           Q     But you -- my point is you didn't

2     actually firsthand see any of that sexual

3     harassment by Jenesis to Anthony, correct?

4           A     I mean, the -- what I saw was when

5     Jenesis came and put the note --

6           Q     Okay.

7           A     -- I was there at the time she put

8     the note.

9           Q     Anything else that you personally

10    saw?

11          A     Well, I didn't see anything, all I

12    know is coming from Anthony.  And that's another

13    reason why I said, Anthony Morrison -- I mean, if

14    we went to trial, I would like for the Court --

15          Q     Okay.

16          A     -- to subpoena Anthony, Atifeh Syeda

17    and a bunch of people.

18          Q     My question is:  What you know about

19    Jenesis' alleged harassment of Anthony is based on

20    what Anthony told you, right?

21          A     So I'm not saying I know Jenesis

22    harassed Anthony.

Page 470

1           any alleged sexual harassment by Jenesis to any

2           management employees, right?

3                   A     That is correct.

4                   Q     All right.

5                         All right.  So after -- and we will

6           get to the laptop incident, but I wanted to

7           continue going through --

8                   A     Sure.

9                   Q     -- the allegations of --

10                  A     Sure.

11                  Q     -- sexual harassment that are in your

12          amended complain.

13                        We had talked about the first

14          robotics dinner at your deposition in early

15          November 2016, right?

16                  A     Yes.

17                  Q     And you testified there was no sexual

18          advances by Jenesis at that particular event,

19          right?

20                  A     That is correct.

21                  Q     Okay.  No sexual comments by Jenesis

22          towards you at that particular event?

1          A     I don't remember sexual comments.

2          Q     Okay.  And then we also talked about

3     the Billie Jean King dinner or gala in November of

4     2016, right --

5          A     The gala, yes.

6          Q     -- in New York?

7                Yeah.

8                And again at that gala, no sexual

9     advances by Jenesis, correct?

10         A     Not at the gala.  At the hotel she

11    had asked multiple times either coming to my room

12    or she wanted to come to my -- she wanted to come

13    to my room.  And I had -- I had decided that it was

14    safer for me to go to her room.  And I called my

15    friend that lived in New York, as I mentioned

16    during the last deposition --

17         Q     Right.

18                She never asked you for sex during

19    that -- during that Billie Jean King Gala?

20         A     Jenesis asked me for sex multiple

21    times.

22         Q     When?

1          A      Different -- multiple -- different

2      occasions.  Different occasions.  I could be -- I

3      coach having a -- Jenesis, one time, told me she

4      was going to Texas.  I asked her what she was going

5      to Texas for.  She said she was going to Texas to

6      get dick from some guy she knows in Texas because I

7      wouldn't give her no dick.  So these were the kind

8      of comments that I had to deal with Jenesis.

9          Q      Okay.  When did that occur?

10          A      I don't remember the date.

11          Q      Was it was via text?

12          A      No, it was in-person conversation,

13      because I remember she -- talking to her about

14      traveling to Texas.  She had some -- some man that

15      she was going to Texas to meet.  And then -- that

16      was before her conversations morphed into me moving

17      into her home.

18          Q      Okay.  So was it that conversation

19      where she said she was going to see some man in

20      Texas for sex, was that after the apartment

21      incident, I assume?

22          A      I don't recall.  I was just saying --

Page 473

1       your -- your question was, did she ask me for sex

2       at the Billie Jean King event --

3                Q     Right.

4                A     -- and I said I don't recall, but --

5                Q     Okay.

6                A     -- asking for sex was an ongoing

7       thing for Jenesis.

8                Q     Okay.  Let's -- we'll get back to

9       that.  Let's focus on the Billie Jean King Gala,

10      that day or two.

11                     Did she did ever make any sexual --

12      did Jenesis ever make any sexual comments towards

13      you during that event or after that event?

14                A     I don't recall.

15                Q     Okay.

16                     All right.  Now let's go back to your

17      comment about you said there were multiple

18      occasions she asked for -- you for sex other than

19      your apartment?

20                A     Yes.

21                Q     Okay.  And you said there was one

22      instance where you had an in-person conversation

Page 474

1    where she mentioned she's going to have sex in
2    Texas with some -- some man?
3        A    That is correct.
4        Q    Okay.  Because -- and you used
5    that -- she said, "Because you wouldn't have sex
6    with me"?
7        A    She -- yes.
8        Q    She used those exact words?
9        A    She -- I don't remember the exact
10   words she used, but that was -- that was a -- that
11   was what I gathered from her comments.
12       Q    So those weren't her words, but
13   that's how you interpreted them?
14       A    I believe Jenesis -- and -- and when
15   I speak, I'm speaking for how Jenesis usually
16   interacted in my presence or with me.
17            I believe Jenesis had made the
18   comment that she was going to Texas.  And I had
19   asked what she was traveling for, and she had made
20   the comment that she was going to see a guy in
21   Texas.  And -- and knowing that she had said
22   multiple times about how I wouldn't give her dick.

Page 475

1        That was Jenesis' comment.  It's the same thing her

2        friend said in Texas too.

3               Q     How many occasions did she make that

4        exactly comment, "I wouldn't" -- that, "you

5        wouldn't give me dick"?

6               A     I don't recall how many times.

7               Q     Do you recall any specific date to

8        any of these conversations?

9               A     I can't remember the dates --

10              Q     Were they --

11              A     -- from 2015.

12              Q     -- ever in text form?

13              A     Text form?  I don't recall.  As I've

14       said, I'm unable to find the history of messages

15       with Jenesis outside of the screenshots I provided

16       to my previous attorney in 2018.  I've been unable

17       to find any other messages.

18                     If Jenesis is able to provide text

19       messages -- interactions between me and her, I

20       believe you'll -- we'll -- we'll find whatever

21       details.

22              Q     Well, she did.  I mean, that's

Page 502

1          And I really -- I want to talk

2    specifically about that month.

3          A     Yes, sir.

4          Q     Were there any instance in December

5    of 2016, and then even leading up to the first few

6    days of January 4th, where Jenesis ever made any

7    sexual advances towards you?

8          A     I don't recall.

9          Q     Okay.  Do you recall any instances in

10   December, or even early January, where she ever

11   asked you to have sex?

12         A     Not that I recall.  I know she had

13   sent me messages and called me multiple times

14   trying to come to my apartment and I turned her

15   down each single time.

16         Q     Okay.  And in those messages, do you

17   recall her actually ever asking for sex?

18         A     I don't recall her asking for sex in

19   the messages, I recall her trying so hard to -- to

20   come to my apartment.  And I just remember every

21   day or every time she asked to come to my

22   apartment, I just told her either that I was sick

or I was busy or I was working or something. I just literally kept avoiding Jenesis.

And the reason why was after we returned from the Billie Jean King --

Q Uh-huh.

A -- Robert Daye made a comment to me. Robert Daye -- we were in the office one day, and I hadn't seen Robert Daye for about two weeks. I thought it was odd because he usually came into the office. He hadn't called me upstairs, we hadn't had our usual chitchats in the office and talk about work and all that.

And then Robert Daye had -- Robert Daye had told me, when I had asked -- I had said, "I haven't seen you for a while, sir. I just heard you were in the office," or something. I basically was trying to inquire that, you know, if I had done anything wrong. And I remember Robert Daye telling me, "You know Martine -- you know Martine likes loyalty."

I thought it was strange. And I said, "Sir, all I -- all I ever am is loyal to

Page 504

1        Martine and United Therapeutics.  That shows in my

2        work."  And I feel like that was coming from

3        another place.  I have no idea why he mentioned

4        that.  But after that comment, I noticed -- I

5        noticed just a shift in -- a shift in the -- in our

6        interactions.

7                        Robert Daye was a really nice guy to

8        me while I was at United Therapeutics.  And -- and

9        with that change, I -- like I said, I had already

10       been scared, really scared, for my employment at

11       United Therapeutics, and when that happened, I

12       was -- I was concerned.

13                       I had seen Martine.  Martine --

14       Martine would see me and, "Hey, Mark."  We'll talk,

15       we'll -- we'll -- we'll have conversations, we'll

16       smile and laugh.  Martine, one time in her office,

17       you know, I had fixed something, "Mark -- Mark, can

18       I get a hug?"  And we were just that -- we had that

19       communication.  As far as the CEO and me, as an IT

20       employee.

21                       But coming -- coming --

22               Q    You had a close relationship with

Page 652

1          the phone, that me and her were either in a

2          relationship or pursuing a relationship.

3                  Q       Did Robert Daye, other than what you

4          describe, do anything else to, in your mind, aid

5          and abet the discrimination you experienced?

6                  A       Robert Daye made me feel like Jenesis

7          had all the power.  Jenesis, on one occasion, had

8          called me and told me she was sick and she needed

9          me to come to her home and take her to the

10         hospital.  I immediately told Jenesis that I was in

11         the office and I couldn't leave the office.  A few

12         minutes later Robert Daye calls me and tells me

13         that I'm allowed to leave the office to go take

14         Jenesis to the hospital.  It had nothing to do with

15         work.

16                      I proceeded to leave the office and

17         take Jenesis to the hospital.  I arrived to an

18         e-mail from Robert Daye saying if -- when he told

19         me I could take Jenesis to the hospital, he said,

20         if it's -- it's a requests from Jenesis, that I

21         know I have his approval.

22                      I think all those things results -- I

Page 653

1    think that the -- the jury will find that all these

2    things may lean towards aiding and abetting.

3         Q    What about anything else -- other

4    than this coercion to that take this position,

5    anything else by Martine that you believe

6    constitutes aiding and abetting?

7         A    Well, aiding and abetting in another

8    sense on Martine's part will be -- Martine never

9    interviewed me for the position.  This is a

10   position that had been available for over eight

11   months.  And Ms. Friedrich said I was going to get

12   interviewed.  My first interview was supposed to be

13   with Robert Daye.  And my first interview was a

14   joke.  It was nothing like an interview.  I had a

15   conversation with Robert Daye.  And we ended up

16   going to Jimmy Johns to grab sandwiches.  That was

17   the interview that I had with Robert Daye.

18                   Fast-forward, I was told I was

19   supposed to have my next interview with Martine.

20   HR will never be able to provide a record of a

21   scheduled interview with Martine, because an

22   interview never happened what Martine.  All that

Page 654

1      happened was Martine saw me on the second floor

2      trying to grab coffee, and she made the same

3      comments Alyssa made, "Hey, Mark, I heard you're

4      interested in a position."  I don't think he said

5      hi.

6                     And I said -- at that time I had

7      applied for the position already.  I had supposedly

8      been interviewed by Robert Daye.  And now I was

9      waiting for the interview with Martine, which had

10     not been scheduled.

11                    Martine spoke to me on the second

12     floor in the coffee -- coffee break floor.  And --

13     and that was supposedly my interview.  I think -- I

14     think if we go through the -- the -- the hiring

15     process of United Therapeutics and the recruitment

16     process, I fear to say my interview or my

17     recruitment into the CEO's office can be translated

18     to -- to -- to see -- to -- to -- to present maybe

19     some details of aiding and abetting.

20                    Martine never interviewed me for the

21     position, rather Martine said, "I'll send you some

22     tasks."  And she sent me some tasks.  And I get an

Page 655

1      e-mail from Alyssa, "Congratulations on your new

2      position."  I was never interviewed by Martine.  I

3      was never properly interviewed by Robert Daye.

4           Q     Maybe I'm missing something.  And

5      maybe I'm not understanding.  Even if she didn't

6      interview you or she just said, "Hey, you're

7      hired," why is that aiding and abetting

8      discrimination?

9           A     If Martine had already said, "We need

10     to find Jenesis a Nigerian husband," if Robert Daye

11     had asked me about my relationship with Jenesis, if

12     Shola Oyewole had asked me about my relationship

13     with Jenesis, if Robert had made the comment that

14     he overheard Jenesis telling Shola Oyewole that me

15     and her were in a relationship or pursuing a

16     relationship, and also for the fact that Alyssa to

17     coerce me to take the position told me, "Martine

18     really loves you and would like for you to try out

19     the position."  And the comment that Alyssa gave me

20     was that Martine would like me to try the position

21     for 90 days, if it didn't work, I would go back to

22     IT.

Page 656

1              On the day of my termination I

2       requested the same information from Alyssa saying I

3       was told that I should try out the position.  If it

4       didn't work out, I will go back to IT.  And that

5       never happened.

6                   So I say this to say aiding and

7       abetting, I'm not an attorney to prove.  I can't

8       say any facts or any details that will prove or

9       that -- or that will show aiding and abetting on

10      the part of United Therapeutics or any other

11      agents.  And that's the reason why I'm saying a

12      jury will be able to review the details of the case

13      and make that -- make that decision.

14          Q    Let me see if I'm making the

15      connection.  Is it your suggestion that Martine

16      wanted you in this role or put you in this role to

17      make Jenesis happy?

18          A    I think Jenesis had claimed to her

19      parents that me and her -- I mean, it goes from

20      even the picture that was introduced in evidence

21      during the last deposition.  Jenesis, I remember

22      clearly, we came -- I was downstairs at the hotel

Page 657

1          going to the first -- first gala, and Jenesis said,

2          "Hey, let's take a quick picture before we step

3          out."

4                    Q     That was well after you're -- you

5          were placed in the digital archivist role?

6                    A     That's my point.

7                    Q     No, I -- let's just -- let's just

8          look at the placement in the digital archivist

9          position.  I'm trying to connect the dots here.

10                        You're saying that she, Martine,

11         placed you in this role for what reason?

12                   A     I believe I was placed in this role

13         specifically because Jenesis wanted me in the role.

14                   Q     Okay.  And you believe that -- do you

15         believe that you were terminated because you

16         rejected Jenesis' advances?

17                   A     I believe I was discriminated and

18         retaliated against because of my sex in violation

19         of Title VII of the Civil Rights Act of 1964, as

20         amended with respect to sexual harassment and

21         discharge.

22                   Q     I understand that's what the EEOC

Page 658

1      charge is.  I'm trying to understand the connection

2      here.

3                     You're saying she placed you in this

4      role as digital archivist because Jenesis wanted

5      it, you to be in that role?

6            A     I believe Jenesis wanted me to be in

7      that role.  She made -- she made comments about

8      revising the position to include some IT aspects to

9      it, which is why the position was revised --

10           Q     Okay.

11           A     -- to digital archivist and Wikipedia

12     editor at Jenesis' direction.

13           Q     Okay.  So is the -- is it your claim

14     then that you were terminated because you rejected

15     Jenesis' advances?

16           A     I believe I was terminated and

17     retaliated against because of my sex in violation

18     of Title VII.

19           Q     I understand you keep repeating that

20     legal definition.  I'm trying to understand the

21     facts.

22                     Why do you believe you were

Page 664

1          I said, you never allowed that to

2     happen again and you never allowed her in your

3     apartment?

4          A    I said I never allowed Jenesis to

5     come in my apartment that December when she was

6     sending me those text.

7          Q    Oh, okay.

8          A    And you asked me in December did she

9     make any sexual, and I said she didn't make any

10    sexual things that I recall, but she did send me

11    multiple messages to come to my home.

12         Q    Let's not limit it to --

13         A    And judging from experience of her

14    being in my home, I didn't want Jenesis in my home.

15         Q    Okay.  Let's leave December out of

16    it.

17              After the April 2015 incident at your

18    apartment, when was the next time she expressed

19    sexual interest in you?

20         A    I don't recall.  It's been since

21    2016.  I don't recall.

22         Q    You can't recall even not the date,

Page 665

1           but the circumstances?

2                  A      I have mentioned when she talked

3           about going to Texas to go see some guy she was

4           having sex with.  If I recall anything else,

5           I'll -- I'll be sure to let you know.

6                  Q      Okay.  So nothing further that you

7           can tell me right now?

8                  A      There were multiple instances of

9           sexual harassment that I had to suffer at the hands

10          of Jenesis Rothblatt.

11                 Q      I understand that you're saying that,

12          but I'm asking for any -- any degree of specificity

13          as to those incidents?

14                 A      I'm unable to provide anything else

15          at this time.  If I recall any other instance or

16          any other -- any other scenarios, I will provide

17          that information.

18                 Q      Okay.  Were there any of those

19          instances immediately prior to your termination

20          that you believe led to your termination?

21                 A      I mean, if she was texting me all

22          December asking me to come to my apartment, end of

So if there was any text messages between me and Jenesis speaking about going to Africa, it possibly was factual. But as far as if it was anything to do with a sexual relationship or a romantic relationship, traveling with Jenesis overseas, definitely not.

Q Okay. You never made any vacation plans, talked about going on vacation with Jenesis to London?

A Again, I never intended to make any travel plans with Jenesis Rothblatt. I can't speak about text messages. There could be messages where -- Jenesis lived in London, I had been to London. It's possible we said, oh, we could -- London would be a good trip or something, but I don't recall.

And I'll say for a fact, I would never have intentionally planned a vacation trip or any type of trip with Jenesis.

And I say that also to say even when we had the Billie Jean King Leadership Initiative in New York, I had requested -- I was going to stay

at a different hotel. I was ordered by Robert Daye, who was my manager, to stay in the same hotel with Jenesis, although Robert Daye already knew Jenesis had a sexual interest in me.

Q Okay. Let's go back to your amended complaint, which is -- I'm sorry. Here we go. Let's go back to the amended complaint, which is Exhibit Number 4. I want you to go to Count 3 -- well, let's go to Count 1. And I think I understand.

Count 1, "Hostile work environment based on sex." I think I understand that. That's your sexual harassment you experienced by Jenesis, right?

A Count 1?

Q Yes.

A Yes.

Q "Hostile Work Environment Based on Sex."

A Okay.

Q Okay. Is this concerning the sexual harassment you experienced by Jenesis at UT?

Page 703

1                CERTIFICATE OF NOTARY PUBLIC

2          I, FELICIA A. NEWLAND, CSR, the officer before

3     whom the foregoing video-recorded deposition, Volume

4     2 of 2, was taken, do hereby certify that the

5     witness whose testimony appears in the foregoing

6     deposition was duly sworn by me; that the testimony

7     of said witness was taken by me in stenotype and

8     thereafter reduced to typewriting under my

9     direction; that said deposition is a true record of

10    the testimony given by said witness; that I am

11    neither counsel for, related to, nor employed by any

12    of the parties to the action in which this

13    deposition was taken; and, further, that I am not a

14    relative or employee of any counsel or attorney

15    employed by the parties hereto, nor financially or

16    otherwise interested in the outcome of this action.

17

18

19                        _____

20                        FELICIA A. NEWLAND, CSR

                          Notary Public

21

      My commission expires:

22    September 15, 2024

Page 703

1                    CERTIFICATE OF NOTARY PUBLIC

2           I, FELICIA A. NEWLAND, CSR, the officer before

3      whom the foregoing video-recorded deposition, Volume

4      2 of 2, was taken, do hereby certify that the

5      witness whose testimony appears in the foregoing

6      deposition was duly sworn by me; that the testimony

7      of said witness was taken by me in stenotype and

8      thereafter reduced to typewriting under my

9      direction; that said deposition is a true record of

10     the testimony given by said witness; that I am

11     neither counsel for, related to, nor employed by any

12     of the parties to the action in which this

13     deposition was taken; and, further, that I am not a

14     relative or employee of any counsel or attorney

15     employed by the parties hereto, nor financially or

16     otherwise interested in the outcome of this action.

17

18

19                        _____

20                        FELICIA A. NEWLAND, CSR

                          Notary Public

21

       My commission expires:

22     September 15, 2024





IMG_5437.JPG

DEF 01345



IMG_5438.JPG

DEF 01346