IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARK EKE,                                              *

    Plaintiff,

v.                                                     Civil Action No. 8:18-cv-2941-PX
                                                      *

UNITED THERAPEUTICS, *et al.*,

    Defendants.                                         *
                                                      ***

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 16th day of August 2023, by the United States District Court for the District of Maryland, ORDERED that:

1. Eke's Motions for Extension of Time (ECF Nos. 168 & 169) BE, and the same hereby ARE, GRANTED *nunc pro tunc*;

2. Defendants' Motion for Summary Judgment (ECF No. 165) BE, and the same hereby IS, GRANTED;

3. Defendants' Motion for Sanctions (ECF No. 155) BE, and the same hereby IS, DENIED; and

4. The Clerk is directed to TRANSMIT copies of the foregoing Memorandum Opinion and this Order to the parties.

8/16/2023  
Date

                                                    /S/  
                                                 Paula Xinis  
                                                 United States District Judge