## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| MARK EKE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNITED THERAPEUTICS, *et al.*, | ) ) | Civil Action No. 8:18-cv-2941 |
| | ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF VOLUNTARY DISMISSAL OF COUNTERCLAIMS

Defendant United Therapeutics Corporation, by and through undersigned counsel, and pursuant to Fed. R. Civ. Pro. 41(c), hereby stipulates to the voluntary dismissal of its Counterclaims against Plaintiff Mark Eke and states as follows:

1.      On August 29, 2023, the Court held a hearing to discuss the disposition of Defendant's Motion for Entry of Default as to Defendant's Counterclaims and Plaintiff's Motion to Extend Time to File Response to Defendant's Counterclaims.  Dkt. Nos. 166 and 167.

2.      At this hearing, the Court deferred ruling on these motions and issued a stay of these proceedings.  Dkt. Nos. 178 and 189.

3.      Thereafter, Plaintiff filed a Notice of Appeal with the U.S. Court of Appeals for the Fourth Circuit regarding the Court's August 17, 2023 Order granting Defendants' motion for summary judgment and dismissing Plaintiff's Amended Complaint.  Dkt. Rep. 174 and 184.

4.      On April 15, 2024, the Fourth Circuit issued a Notice of Judgment dismissing this appeal as "[t]he order Eke seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction."  Dkt. No. 191-1.

311265115v.1

5.      The Court of Appeals also directed Defendant to file a Bill of Costs within 14 calendar days of entry of judgment.  On April 29, 2024, Defendant filed its renewed Bill of Costs with the Court which remains pending.  Dkt. No. 192.

6.      In an effort to expedite resolution of the pending motions and to obtain a *final judgment* from the Court regarding these proceedings, Defendant hereby stipulates as to the voluntary dismissal of its Counterclaims against Plaintiff, in their entirety, without prejudice, pursuant to Fed. R. Civ. Pro 41(c).

7.      As a result, Defendant respectfully requests that the Court issue a final judgment in these proceedings.

Date:   May 28, 2024                              Respectfully Submitted,


                                                  /s/ Eric J. Janson
                                                  Raymond C. Baldwin
                                                  rbaldwin@seyfarth.com
                                                  Eric J. Janson
                                                  ejanson@seyfarth.com
                                                  Christine M. Costantino
                                                  ccostantino@seyfarth.com
                                                  SEYFARTH SHAW LLP
                                                  975 F Street, NW
                                                  Washington, D.C. 20004
                                                  (202) 463-2400 (telephone)

311265115v.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2024 a copy of the foregoing STIPULATION OF VOLUNTARY DISMISSAL OF COUNTERCLAIMS was filed electronically to all parties by operation of the Court's CM/ECF system.

>George A. Rose, Esq.
>Rose Law Firm, LLC
>9134 Liberty Road
>Baltimore, MD 21133


>*/s/ Eric J. Janson*